**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Lee Jackson, Esq., State Bar No.: 216970
Jessica C. Foster, Esq., State Bar No.: 228796
10250 Constellation Boulevard, 14th Floor
Los Angeles, California 90067
Telephone: (310) 396-9600
Fax: (310) 396-9635
ljackson@mjfwlaw.com
jfoster@mjfwlaw.com

**ALLEN MATKINS LECK GAMBLE & NATSIS, LLP**
Mark R. Hartney, Esq., State Bar No.: 136824
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017
Telephone: (213) 622-5555
Fax: (213) 620-8816
mhartney@allenmatkins.com

Attorneys for Plaintiff,
HOLA Community Partners, a California Non-Profit Corporation

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

APR 2 0 2020

Sherri R. Carter, Executive Officer/Clerk of Court
By _____ , Deputy
Steven Drew

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| HOLA COMMUNITY PARTNERS, a California Non-Profit Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SG BLOCKS, INC., a Delaware Corporation; TETON BUILDINGS, LLC; AVESI CONSTRUCTION, LLC; AMERICAN HOME BUILDING AND MASONRY CORP DBA AMERICAN HOME BUILDING; and DOES 1-1000, inclusive.<br><br>Defendants. | CASE NO.: **20STCV15164**<br><br>**COMPLAINT FOR DAMAGES:**<br><br>1. **NEGLIGENCE**<br>2. **STRICT PRODUCTS LIABILITY**<br>3. **STRICT PRODUCTS LIABILITY (COMPONENT PRODUCTS)**<br>4. **BREACH OF CONTRACT**<br>5. **BREACH OF EXPRESS WARRANTY**<br>6. **VIOLATION OF BUSINESS AND PROFESSIONS CODE §7031(b)**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff alleges:

1.      Plaintiff HOLA COMMUNITY PARTNERS (hereinafter "PLAINTIFF") is a California

non-profit corporation duly organized and existing under and by virtue of the laws of the State of

California.  PLAINTIFF is the owner of the HOLA Performing Arts and Enrichment Center located

-10
Ex. 1

1  at 615 S. La Fayette Park Place in the City of Los Angeles, State of California, County of Los Angeles

2  (hereinafter "PROJECT").  The PROJECT is a three-story structure comprised of some forty-six (46)

3  repurposed pre-manufactured steel shipping containers, a new walkway/hallway structure separating

4  the container towers, and a new ensemble room.

5  2.    PLAINTIFF is informed and believes and based thereon alleges that at all times herein

6  mentioned and material hereto Defendant SG BLOCKS, INC. (hereinafter "SG BLOCKS") was and

7  is a Delaware Corporation organized and existing pursuant to the laws of the State of Delaware and

8  engaged in a business for profit consisting of providing design and construction services for the

9  PROJECT, and was doing business in the City of Los Angeles, State of California, County of Los

10  Angeles.

11  3.    PLAINTIFF is informed and believes and based thereon alleges that at all times herein

12  mentioned and material hereto Defendant TETON BUILDINGS, LLC (hereinafter "TETON") was

13  and is a Texas Corporation organized and existing pursuant to the laws of the State of Texas and

14  engaged in a business for profit consisting of designing and producing repurposed pre-manufactured

15  steel shipping containers for the PROJECT, and was doing business in the City of Los Angeles,

16  State of California, County of Los Angeles.

17  4.    PLAINTIFF is informed and believes and based thereon alleges that at all times herein

18  mentioned and material hereto that Defendant AVESI CONSTRUCTION, LLC (hereinafter

19  "AVESI CONSTRUCTION") was and is a New York Corporation organized and existing pursuant

20  to the laws of the State of New York and engaged in a business for profit consisting of the

21  construction, supervision of construction, and general contracting at the PROJECT, and was doing

22  business in the City of Los Angeles, State of California, County of Los Angeles.

23  5.    PLAINTIFF is informed and believes and based thereon alleges that at all times herein

24  mentioned and material hereto that Defendant AMERICAN HOME BUILDING AND MASONRY

25  CORP DBA AMERICAN HOME BUILDING (hereinafter "AMERICAN HOME BUILDING")

26  was and is a New York Corporation organized and existing pursuant to the laws of the State of

27  California and engaged in a business for profit consisting of the construction, supervision of

28  construction, and general contracting at the PROJECT, and was doing business in the City of Los

**COMPLAINT FOR DAMAGES**

1   Angeles, State of California, County of Los Angeles.

2   6.      PLAINTIFF is unaware of the true names, identities and capacities, whether individual,

3   corporate, associate or otherwise of Defendants sued herein as DOES 1-1000, inclusive, and

4   PLAINTIFF will amend this Complaint to allege their true names and capacities when ascertained.

5   Each of the Defendants, including those identified by fictitious names, and at all times relevant, was

6   acting for itself and/or as the agent, servant and employee of each of the co-defendants and is in

7   some way liable and responsible to PLAINTIFF and breached duties to PLAINTIFF based on the

8   facts herein alleged, and proximately caused injuries and damages to PLAINTIFF.  PLAINTIFF is

9   informed and thereon believes and based thereon alleges that the DOE defendants were involved in

10  the design, planning, structural engineering, soils engineering, civil engineering, architecture,

11  contracting, subcontracting, construction, supplying and/or manufacturing materials for

12  construction, supervision of construction, and/or performing works of construction for the

13  PROJECT, and were partners, agents, subcontractors, independent contractors, employees,

14  subsidiaries, co-joint venturers, or in some other relationship with Defendants regarding the

15  construction, supervision of construction and general contracting of the PROJECT.

16  **FIRST CAUSE OF ACTION**

17  **NEGLIGENCE**

18  **(PLAINTIFF vs. ALL DEFENDANTS)**

19  7.      PLAINTIFF repeats and realleges Paragraphs 1 through 6 inclusive, and incorporates

20  the same as if set forth herein at length.

21  8.      Defendants owed a duty of care to PLAINTIFF to plan, design, construct, build, modify,

22  inspect, and manufacture the PROJECT pursuant to its applicable standard of care.  Defendants

23  breached this duty by so carelessly and negligently planning, constructing, modifying, inspecting,

24  and/or performing work and services at the PROJECT so as to proximately cause defects and

25  damages to the systems, building, and improvements.  The defects include, without limitation and to

26  various degrees, the following:

27      A) Incomplete construction plans, design details, and engineering: Critical connection

28          details not included in the plans and specifications; ADA requirements not detailed; four

3

1    separate structures built as one that have missing integration details.

2    B)  Structural defects: defects in walkway/hallway structures (all levels), ensemble room

3    structure, and roof framing structure/s; defective construction assembly of the container

4    stacking attachments and associated assemblies.

5    C)  Interior walls: defective construction of the wall framing includes improper attachments,

6    missing structural hardware, and improper construction of firewalls.

7    D)  Plumbing defects: faulty installation of the plumbing systems include non-reaming of

8    pipe, improper attachment of piping to structure, failure to properly install condensate

9    drain lines, and failure to provide proper slope on drain lines.

10   E)  Electrical system defects: improperly installed components; lack of properly installed

11   exterior waterproof systems; improperly installed wiring for fire systems and exit

12   signage; and insecure ceiling lighting.

13   F)  HVAC system defects: improperly installed rooftop systems allow water to enter the

14   structure through unit; ducting and improper penetrations through the roofing assembly

15   causing water damage and bioorganic growth; duct systems lack proper components at

16   fire wall penetrations; HVAC system as installed cannot be properly balanced;

17   thermostats are improperly located.

18   G)  Roofing system defects: roof system installed improperly at the perimeter of the

19   building; perimeter gutter system not properly integrated with roof membrane;

20   penetrations throughout the roof system leak causing damage to the building interior;

21   sheet metal flashing and counter flashing improperly installed.

22   H)  Walking decks not properly waterproofed and leak.  Walking decks allow water

23   intrusion into the building resulting in damage to the interior components, and resulting

24   in bioorganic infestation causing damage to the PROJECT.  Defective construction of

25   the waterproofing and drainage systems of the walking decks.

26   I)  Building envelope/waterproofing defects: water leaks through the building envelope at

27   horizontal transitions, vertical transitions, transition details where flashing is missing,

28   unsealed penetrations, defectively installed and/or damaged waterproof membranes, and

4

**COMPLAINT FOR DAMAGES**

1   the roof system.  Exterior cement plaster finishes have defectively installed

2   waterproofing system, causing leaks which allow moisture intrusion and cause decay to

3   concealed framing and structural components and resulting bioorganic growth.

4   J)   Defective installation of the window assemblies: water leaks at the window flashing

5   assemblies and penetrates the building's envelope and its moisture resistive barrier

6   causing damage to interior components and bioorganic growth.

7   K)   Plywood subfloor: defectively installed plywood subflooring causing cracking, buckling,

8   and distortion of the interior floor sheathing. Significant sloping and deflection of floors

9   indicative of defectively installed or missing attachments of floor sheathing to structural

10   members. This has damaged the floor finishes that were installed and will damage any

11   future installed hard floor finishes.  Sheathing misaligned where two containers are

12   joined together.

13   L)   Drywall defects: missing drywall and/or taping at draft stops.

14   M)   Fire barriers: missing fire putty at penetrations; improper wiring of fire controls; and

15   improperly constructed firewalls.

16   N)   Bioorganic growth: leaks exist due to window assemblies, roofing system, HVAC

17   systems, exterior finishes and penetrations. Building envelope improperly installed;

18   leaks from walking deck assemblies; leaks from missing flashings; and leaks at container

19   stacking transitions.

20   O)   Life safety: improperly installed and/or missing exit signs; bioorganic growth throughout

21   structure at all levels; trip hazards and gaps adjacent to containers where things could be

22   dropped onto lower walkways or a person/s could partially fall through.

23   9.   Because of the carelessness and negligence of each of the Defendants, and as a proximate

24   result thereof, PLAINTIFF has been damaged in the following ways, as well as others which will be

25   inserted with leave of court when ascertained:

26   A)   PLAINTIFF has been and will be forced to incur expenses for the completion/repairs

27   of the PROJECT to cure the incomplete work, damages, defects and/or deficiencies.

28   The exact amount of the damages is presently unknown but is excepted to exceed the

**COMPLAINT FOR DAMAGES**

sum of $2,400,000.00.

B)      PLAINTIFF has been damaged through the diminution in value of the PROJECT. PLAINTIFF is unaware of the precise amount of such damage but will establish such amount at time of trial.

C)      PLAINTIFF has been forced to retain expert consultants to analyze and determine the method of repairing the aforementioned defects and damage.  PLAINTIFF is unaware of the precise amount of such damage but will establish such amount at time of trial.

D)      PLAINTIFF has been forced to hire a new contractor to complete the unfinished work and correct the faulty work at the PROJECT.  The cost is well in excess of the price stated in the contract between PLAINTIFF and SG BLOCKS.

**SECOND CAUSE OF ACTION**

**STRICT PRODUCTS LIABILITY**

**(PLAINTIFF vs. SG BLOCKS and TETON ONLY)**

11.      PLAINTIFF incorporates by reference all previous paragraphs of this complaint as though set forth in full herein.

12.      SG BLOCKS and TETON and each of them, at all times herein mentioned, were in the business of designing and mass manufacturing, producing, distributing, selling and reselling and/or otherwise participated in the stream of commerce for the sale of repurposed pre-manufactured steel shipping containers in and within the County where the PROJECT is located, and selling them to members of the public at large.

13.      Within the last ten years, SG BLOCKS and TETON, and each of them, sold and/or used for construction of the PROJECT in whole or in part the repurposed pre-manufactured steel shipping containers placed into the stream of commerce by SG BLOCKS and TETON.

14.      PLAINTIFF purchased the repurposed pre-manufactured steel containers from SG BLOCKS and TETON and/or contracted with SG BLOCKS and TETON to construct the PROJECT out of same.

15.      The PROJECT was and is defective and unfit for its intended purposes because SG

6

**COMPLAINT FOR DAMAGES**

BLOCKS and TETON did not construct the PROJECT in a workmanlike/code-compliant manner as manifested by, but not limited to, numerous defects which have resulted in damage to the PROJECT and its component parts as set forth in Paragraph 8.

16.     PLAINTIFF gave and/or attempted to give SG BLOCKS and TETON due and timely notice of the defective quality of the above-mentioned items.

17.     Because of the defective conditions of the PROJECT as herein above alleged, PLAINTIFF has been specifically damaged as set forth in Paragraph 9.

18.     SG BLOCKS and TETON and each of them as designers, mass producers, distributors, sellers and/or otherwise within the stream of commerce are strictly liable and responsible to PLAINTIFF for all damage suffered as a result of the above described incomplete work, damages, defects and deficiencies in the PROJECT.

## THIRD CAUSE OF ACTION

## STRICT PRODUCTS LIABILITY

## (COMPONENT PRODUCTS)

### (PLAINTIFF vs. DOES 1-200 ONLY)

19.     PLAINTIFF incorporates by reference all previous paragraphs of this complaint as though set forth in full herein.

20.     Does 1-200 (hereinafter COMPONENT PRODUCT MANUFACTURER DEFENDANTS) and each of them, at all times herein mentioned were in the business of designing, mass manufacturing, producing, distributing, selling and reselling the SUBJECT COMPONENT PRODUCTS, within the County where the PROJECT is located, for their installation into the PROJECT.

21.     Within the last ten years, the COMPONENT PRODUCT MANUFACTURER DEFENDANTS and each of them, designed, developed, assembled, manufactured, marketed, mass produced, distributed, sold and resold the SUBJECT COMPONENT PRODUCTS and/or otherwise participated in the stream of commerce for the sale of the SUBJECT COMPONENT PRODUCTS that were installed into the PROJECT.

22.     At all times herein mentioned and material hereto, COMPONENT PRODUCT

7

**COMPLAINT FOR DAMAGES**

1   MANUFACTURER DEFENDANTS knew and intended that the PROJECT would be owned by a
2   member or members of the public at large and used by them without further inspection for defects.
3   23.     The SUBJECT COMPONENT PRODUCTS are finished consumer products.
4   24.     COMPONENT PRODUCT MANUFACTURER DEFENDANTS sold the SUBJECT
5   COMPONENT PRODUCTS.
6   25.     SUBJECT COMPONENT PRODUCTS were installed into the PROJECT.  Those
7   SUBJECT COMPONENT PRODUCTS include, but are not limited to the following:
8                  Repurposed steel containers, windows, exterior/interior door assemblies,
9                  sliding glass doors, light fixtures, power distribution panels, HVAC units,
10                  compressors, roof overlay and component parts, plumbing fixtures and/or
11                  components, structural component parts, fire system components, elevator
12                  and controls, and floor covering.
13   26.     PLAINTIFF owns the PROJECT and by doing so purchased the SUBJECT COMPONENT
14   PRODUCTS.  At all times herein mentioned and material hereto, COMPONENT PRODUCT
15   MANUFACTURER DEFENDANTS knew and intended that the PROJECT and the SUBJECT
16   COMPONENT PRODUCTS would be purchased by the PLAINTIFF.
17   27.     At the time each of the SUBJECT COMPONENT PRODUCTS left COMPONENT
18   PRODUCT MANUFACTURER DEFENDANTS' custody, control or possession, each SUBJECT
19   COMPONENT PRODUCT was defective and unfit for its intended purposes because the SUBJECT
20   COMPONENT PRODUCT contained defects in its design, parts, and/or materials used to
21   manufacture it, and how it was manufactured, which resulted in foreseeable damage to the
22   PROJECT.
23   28.     The defects in the SUBJECT COMPONENT PRODUCTS' design, parts and materials used
24   to manufacture them, and how they were manufactured, existed at the time the SUBJECT
25   COMPONENT PRODUCTS left the possession and control of COMPONENT PRODUCT
26   MANUFACTURER DEFENDANTS and were and are common to each of the respective
27   SUBJECT COMPONENT PRODUCTS.
28   29.     Amongst other things, the defects in the SUBJECT COMPONENT PRODUCTS have

-17
Ex. 1
**COMPLAINT FOR DAMAGES**

1  caused water intrusion and penetration into the wall systems, cavities and the interior of the

2  PROJECT and have caused resultant damage, including but not limited to:

3        A)    Damage to interior drywall of the PROJECT;

4        B)    Damage to perimeter wall systems of the PROJECT;

5        C)    Damage to the wall systems, cavities and the interior of the PROJECT;

6        D)    Damage to finished ceiling system;

7        E)    Damage to light fixtures;

8        F)    Damage to paint and interior finishes; and

9        G)    Bioorganic growth.

10  This intrusion and damage occurred in various locations of the PROJECT.

11  30.    PLAINTIFF has also suffered the following damages in addition to all other damage alleged

12  in this Complaint as follows:

13        A)    PLAINTIFF will be forced to incur expenses for the restoration and repairs of the

14  PROJECT to cure the damage, defects and/or deficiencies caused by the SUBJECT COMPONENT

15  PRODUCTS.  PLAINTIFF is unaware of the precise amount of such damage but will establish such

16  amount at time of trial;

17        B)    PLAINTIFF has been damaged through the cost to repair or replace the SUBJECT

18  COMPONENT PRODUCTS.  PLAINTIFF is unaware of the precise amount of such damage but will

19  establish such amount at time of trial;

20        C)    PLAINTIFF has been damaged through the diminution in value of the PROJECT

21  caused by the SUBJECT COMPONENT PRODUCTS.  PLAINTIFF is unaware of the precise

22  amount of such damage but will establish such amount at time of trial; and

23        D)    PLAINTIFF has been forced to retain expert consultants to analyze and determine the

24  method of repairing the aforementioned defective SUBJECT COMPONENT

25  PRODUCTS.  PLAINTIFF is unaware of the precise amount of such damage but will establish such

26  amount at time of trial.

27  31.    Because of the defective design and conditions of the SUBJECT COMPONENT

28  PRODUCTS, as herein alleged, the defective SUBJECT COMPONENT PRODUCTS in the

**COMPLAINT FOR DAMAGES**

1  PROJECT need to be removed and replaced with non-defective component products and the

2  resultant damage to the PROJECT caused by the SUBJECT COMPONENT PRODUCTS must be

3  repaired.

4  32.     COMPONENT PRODUCT MANUFACTURER DEFENDANTS, and each of them, as

5  manufacturers, mass producers, distributors and sellers of the SUBJECT COMPONENT

6  PRODUCTS, and/or otherwise having placed their SUBJECT COMPONENT PRODUCTS within

7  the stream of commerce, are strictly liable and responsible to PLAINTIFF for all damage(s)

8  suffered as a result of the above described defects and deficiencies in the SUBJECT COMPONENT

9  PRODUCTS.

10  **FOURTH CAUSE OF ACTION**

11  **BREACH OF CONTRACT**

12  **(PLAINTIFF vs. SG BLOCKS ONLY)**

13  33.     PLAINTIFF incorporates by reference all previous paragraphs of this complaint as though set

14  forth in full herein.

15  34.     PLAINTIFF entered into a written contract with SG BLOCKS pursuant to which SG BLOCKS,

16  in exchange for payment of certain sums, agreed to construct and provide to PLAINTIFF a quality

17  constructed PROJECT which was built in a workmanlike manner. (A true and correct copy of the

18  contract is attached to this Complaint as Exhibit "A").

19  35.     PLAINTIFF has performed all conditions, covenants, and promises required by the contract in

20  accordance with the terms and conditions of the contract.

21  36.     SG BLOCKS has breached the contract as set forth herein by failing to construct the PROJECT

22  in a workmanlike manner.

23  37.     The PROJECT was defective and unfit for its intended purpose because SG BLOCKS did not

24  construct the PROJECT in a workmanlike manner as manifested by, but not limited to, numerous defects

25  and code violations which have resulted in damage to the PROJECT as set forth in Paragraph 8.

26  38.     Because of SG BLOCKS's breach and the defective conditions of the PROJECT as herein

27  above alleged, PLAINTIFF has been damaged in the following ways as well as others which will be

28  inserted with leave of court when ascertained:

10

**COMPLAINT FOR DAMAGES**

A) PLAINTIFF was and will be forced to incur expenses for the completion and repairs to correct the defective and damaged work at the PROJECT.  The exact amount of damages is presently unknown but is excepted to exceed the sum of $2,400,000.00.

B) PLAINTIFF has been forced to hire a new contractor to complete the unfinished work and correct the faulty work at the PROJECT.  The cost is well in excess of the price stated in the contract between PLAINTIFF and SG BLOCKS.

C) PLAINTIFF has been forced to retain expert consultants to analyze and determine the defects and damages, as well as the method of repairing the aforementioned defects and damage.  PLAINTIFF is unaware of the precise amount of such damage but will establish such amount at the time of trial.

D) PLAINTIFF has been forced to retain attorneys to prosecute its claims against Defendants and PLAINTIFF is entitled to recover their attorney's fees from SG BLOCKS as authorized by the provisions of the written contract.  (A true and correct copy of the contract is attached to this Complaint as Exhibit "A").  PLAINTIFF is unaware of the precise amount of such damage but will establish such amount at the time of trial.

E) PLAINTIFF has suffered other damages as a result of the defective conditions at the PROJECT.  PLAINTIFF is unaware of the precise amount of such damages but will establish such amount at the time of trial.

### FIFTH CAUSE OF ACTION

### BREACH OF EXPRESS WARRANTY

**(PLAINTIFF vs. SG BLOCKS ONLY)**

39.     PLAINTIFF incorporates by reference all previous paragraphs of this complaint as though set forth in full herein.

40.     SG BLOCKS expressly warranted through the contract and other documents that the subject PROJECT would be constructed, inspected, and manufactured in accordance with all applicable Federal, State and municipal laws, ordinances, rules and regulations and that the PROJECT would be structurally sound, free of all material defects and constructed for its intended purpose.

11

**COMPLAINT FOR DAMAGES**

41.     PLAINTIFF relied on SG BLOCKS's express representations.

42.     SG BLOCKS breached said warranties in that the PROJECT was not properly constructed and is defective as set forth in Paragraph 9.

43.     PLAINTIFF discovered the defective quality of the above listed items and others and PLAINTIFF thereafter gave SG BLOCKS due and timely notice of the defective quality of the above- mentioned items.  SG BLOCKS refused to rectify said items.

44.     The defects and damages were latent and were not reasonably apparent to PLAINTIFF.  As a result of the foregoing acts or omissions by SG BLOCKS, PLAINTIFF has been damaged as set forth in Paragraph 38.

**SIXTH CAUSE OF ACTION**

**VIOLATION OF BUS & PROF CODE § 7031(b)**

**(PLAINTIFF vs. SG BLOCKS, AVESI CONSTRUCTION and AMERICAN HOME BUILDERS ONLY)**

45.     PLAINTIFF incorporates by reference all previous paragraphs of this complaint as though set forth in full herein.

46.     SG BLOCKS, AVESI CONSTRUCTION and AMERICAN HOMES BUILDERS engaged in the business of, or acted in the capacity of, a contractor on the PROJECT while performing services for HOLA under their contract.  A valid contractor's license was required to perform these services.  SG BLOCKS, AVESI CONSTRUCTION and AMERICAN HOMES BUILDERS did not at all times hold a valid contractor's license in accordance with Chapter 9 of the Business & Professions Code.

47.     HOLA paid SG BLOCKS, AVESI CONSTRUCTION and AMERICAN HOMES BUILDERS for contractor services that SG BLOCKS, AVESI CONSTRUCTION and AMERICAN HOMES BUILDERS performed as required by the contract.

///

///

///

///

**COMPLAINT FOR DAMAGES**

1         **WHEREFORE**, PLAINTIFF prays for judgment against the Defendants, and each of them,

2   as follows:

3             **FIRST, SECOND, THIRD, AND FOURTH,**

4                  **CAUSES OF ACTION:**

5       1.     For costs to complete the PROJECT, including the cost of restoration and repairs, in

6             excess of $4,000,000.00;

7       2.     For costs of investigation;

8       3.     For diminution of value of the PROJECT according to proof at time of

9             trial;

10      4.     For expert fees and costs of suit;

11      5.     For loss of use of the PROJECT;

12      6.     For such other and further relief as the Court deems just and proper.

13            **SECOND, THIRD, FOURTH AND FIFTH,**

14                 **CAUSES OF ACTION:**

15      For attorney's fees against defendant SG Blocks, Inc. only.

16                **FIFTH CAUSE OF ACTION:**

17      For restitution in excess of $4,200,000.00 pursuant to Business and Professions Code

18      section 7031(b).

19

20  DATED: April 17, 2020              **MILSTEIN JACKSON**
                                    **FAIRCHILD & WADE, LLP**

21

22                   By:   Lee Jackson, Esq.

23                         Jessica C. Foster, Esq.

24                         Mark R. Hartney, Esq.
                           **ALLEN MATKINS LECK GAMBLE &**

25                         **NATSIS, LLP**

26                         Attorneys for Plaintiff, HOLA Community
                           Partners, a California Non-Profit Corporation

27

28

**COMPLAINT FOR DAMAGES**

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury as to all issues properly so tried.

DATED: April 17, 2020

                                            **MILSTEIN JACKSON**
                                            **FAIRCHILD & WADE, LLP**

By:    Lee Jackson, Esq.
          Jessica C. Foster, Esq.

          Mark R. Hartney, Esq.
          **ALLEN MATKINS LECK GAMBLE & NATSIS, LLP**

          Attorneys for Plaintiff, HOLA Community Partners, a California Non-Profit Corporation

**COMPLAINT FOR DAMAGES**

-23
Ex. 1

# EXHIBIT A

**CONSTRUCTION AND DELIVERY AGREEMENT**

**by and between**

**SG Blocks, Inc.**

**and**

**HOLA Community Partners, a California Non-Profit Corporation**

**for the**

**Heart of Los Angeles**

**Performing Arts and Enrichment Center Project**

**Dated**

**1 June, 2017**

D-2067583.3                                    1

-25
Ex. 1

# Contents

**SECTION 1. APPOINTMENT & TERM**                                                    **4**

**SECTION 2. INDEPENDENT CONTRACTOR**                                                 **5**

**SECTION 3. SERVICES**                                                               **5**

**SECTION 4. COMPENSATION, INVOICING AND PAYMENTS**                                   **6**

**SECTION 5. CONFIDENTIALITY**                                                        **6**

**SECTION 6. INTELLECTUAL PROPERTY OWNERSHIP**                                        **8**

**SECTION 7. EXPENSES**                                                               **8**

**SECTION 8. RIGHT OF TERMINATION**                                                   **8**

**SECTION 9. ASSIGNMENT**                                                             **9**

**SECTION 10. ENTIRE AGREEMENT**                                                      **9**

**SECTION 11. NOTICES**                                                               **9**

**SECTION 12. SEVERABILITY**                                                          **9**

**SECTION 13. DISCLAIMER OF WARRANTIES AND HOLD HARMLESS**                            **10**

**SECTION 14. HEADINGS**                                                              **10**

**SECTION 15. WAIVER / FAXED COPIES**                                                 **10**

**SECTION 16. FULL POWER**                                                            **11**

**SECTION 17. GOVERNING LAW / JURISDICTION / VENUE**                                  **11**

**SECTION 18. INSURANCE**                                                             **11**

**EXHIBIT A**

**EXHIBIT B**

**EXHIBIT C**

**EXHIBIT D**

**EXHIBIT E**

**EXHIBIT F**

**EXHIBIT G**

**EXHIBIT H**

-26
Ex. 1

## CONSTRUCTION AND DELIVERY AGREEMENT

**THIS CONSTRUCTION AND DELIVERY AGREEMENT** (the "Agreement") is made and entered into as of the first day of June 2017 (the "Effective Date") by and between SG Blocks, Inc., a Delaware corporation, with a principal office located at 912 Bluff Road, Brentwood, TN 37027 ("SG BLOCKS" or "SGB") and HOLA Community Partners, a California Non-Profit Corporation for the HOLA Performing Arts and Enrichment Center Project with a principal office located at 615 S. La Fayette Park Place, Los Angeles, CA 90057(hereinafter "CLIENT"). Each of SG BLOCKS and the CLIENT is referred to individually (as a **"Party"**) and they are collectively (referred to as the "Parties").

## R E C I T A L S

**WHEREAS,** SG BLOCKS provides sustainable building systems and structures through conversion or modification of cargo shipping containers, intermodal container components and prefabricated conventional panel systems ("Systems");

**WHEREAS,** CLIENT seeks to engage SG BLOCKS and SG BLOCKS wishes to accept such engagement to provide Systems and design, engineering, fabrication and logistics Related Services that meet all code requirements in order to obtain Certificate of Occupancy pursuant to this Agreement for the **HOLA Performing Arts and Enrichment Center** and the exhibits hereto;

**WHEREAS,** SG BLOCKS, as a Design-Builder, has provided a price for the fabrication and installation pursuant to this Agreement and the exhibits hereto, in addition to the design services performed under a separate contract with CLIENT, such that the building will be constructed by SG BLOCKS to meet all code requirements in order for SG BLOCKS to obtain Certificate of Occupancy for CLIENT. ;

**WHEREAS,** CLIENT has retained Balfour Beatty Construction, Inc. as the site contractor who will be performing site-related work at the project site concurrently with SG BLOCKS' onsite scope work, as set forth in Exhibit H and attached hereto.   SG BLOCKS shall coordinate onsite activities with the site contractor during delivery, installation and inspections.  SG BLOCKS shall fully cooperate with the site contractor while working on the project site;

**WHEREAS**, SG BLOCKS hereby accepts such engagement according to the terms and conditions contained herein;

**WHEREAS,** the foregoing recitals are true and correct and are incorporated herein by reference.

**NOW THEREFORE,** in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, the Parties hereto agree as follows:

## Section 1. Appointment & Term

CLIENT hereby hires SG BLOCKS to provide the Systems and perform the Related Services from the Effective Date and continuing through the completion of the milestones described on Exhibit C attached hereto (the "Term").

D-2067583.3                                3

-27
Ex. 1

## Section 2. Independent Contractor

In furnishing the Services pursuant to this Agreement, SG BLOCKS shall, at all times, be acting as an independent contractor and this Agreement shall not be construed to create any partnership, joint venture or employer-employee relationship between the Parties or their agents or employees. SG BLOCKS acknowledges and agrees that SG BLOCKS shall not be an employee of CLIENT, and will not, by reason of this Agreement or the Services hereunder, be entitled to participate in or to receive any benefits or rights under any of CLIENT's employee benefit plans, including, without limitation, company employee insurance, pension, savings, stock bonus, and security plans. SG BLOCKS agrees to pay all payroll and other SG BLOCKS employee taxes, benefits and other obligations of SG BLOCKS. CLIENT acknowledges and agrees that CLIENT shall not be an employee of SG BLOCKS, and will not, by reason of this Agreement or the Services hereunder, be entitled to participate in or to receive any benefits or rights under any of SG BLOCKS' employee benefit plans, including, without limitation, company employee insurance, pension, savings, stock bonus, and security plans. CLIENT agrees to pay all payroll and other CLIENT employee taxes, benefits and other obligations of CLIENT.

SG BLOCKS understands that the construction of the project described in this Agreement may be considered "public work" within the meaning of section 1720.2 of the California Labor Code, and therefore agrees, to the extent that the construction of the project is determined to be "public work," that all workers employed for the on-site construction work of the project shall be paid not less than the general prevailing rate of wages for work of a similar nature in the Los Angeles area.  If any other "public works" requirements are involved, SG Blocks reserves the right to seek additional compensation to the extent such costs are not assumed in SG Blocks compensation under this Agreement.  To the extent that the construction of the project is determined to be ''public work'', SG BLOCKS and its subcontractors performing work onsite are required to submit certified payroll records (CPRs) to the Labor Commissioner using the Department of Industrial Relation's (DIR) electronic certified payroll reporting system.  If it is determined that the project is not ''public work'' then SG BLOCKS shall submit a deductive change order to CLIENT for prevailing wages in the credit amount of ($203,000.00) to the contract sum (less the amount of prevailing wages already paid or committed).

The Parties acknowledge and agree that all right, title and interest in and to the SG Blocks System and all designs, plans, specifications, drawings, materials and documentation provided by SG BLOCKS hereunder ("SG Materials"), including any and all copyrights, trademarks, trade secrets, trade names, trade dress, patents and other intellectual property rights in and to the SG Materials, belong exclusively and solely to SG BLOCKS. SG BLOCKS reserves all rights to the SG Blocks Materials, and CLIENT shall not use the SG Blocks Materials except as specifically set forth in this Agreement without the written prior approval of SG BLOCKS.

## Section 3. Services

SG BLOCKS shall provide the Systems and Related Services (collectively, the "Related Services"), set forth on Exhibit A attached hereto, in accordance with the prices, plans, timeframes and agreed upon materials list as outlined in Exhibit B and Exhibit E attached hereto.

Subject to (i) Client's fulfillment of its obligations under this Agreement, including but not limited to making all of its payment obligations and (ii) any materialmen, landlord, or other statutory liens that may arise, upon Client's full performance of its obligations under this Agreement and

the release of the retainage, Client shall have all right, title, and interest to the structure, except as to intellectual property interests or as otherwise contemplated in this Agreement.

SG BLOCKS shall fulfill its obligation under this Agreement in accordance with the schedule of performance set forth in Exhibit D attached hereto.

SG BLOCKS agrees to comply with Cal OSHA safety standards.  As a condition of this Agreement, SG BLOCKS will provide a detailed Safety Plan to CLIENT for review and acceptance prior to any material delivery or on-site construction activity within the contracted Scope of Work of SG BLOCKS, in accordance with Exhibit F attached hereto.

## Section 4. Compensation, Invoicing and Payments

CLIENT shall compensate SG BLOCKS for the Services as more particularly set forth in Exhibit C attached hereto.  CLIENT shall make payment, when due, upon receipt of invoice, in accordance with the following terms:

     a.    Payment terms will be 100% (less 10% retention) net thirty (30) days on all approved invoiced amounts.  CLIENT shall notify SG BLOCKS within fifteen (15) business days after receipt of an invoice if it disputes all or some element of the invoice.  CLIENT and SG BLOCKS shall promptly attempt to effect a resolution of any dispute.  Notwithstanding the foregoing, CLIENT shall pay the undisputed portion of any invoice. CLIENT may withhold payment of only that portion of an invoice disputed by CLIENT in good faith until the dispute has been resolved.

     b.    Should CLIENT fail to pay SG BLOCKS all amounts (other than any amounts under dispute) under an invoice when such amounts are due, SG BLOCKS may, at its option and upon the provision of ten (10) business days written notice to CLIENT, stop work.

CLIENT agrees to pay interest on (i) all amounts invoiced and not paid or objected to in writing for valid cause, within forty-five (45) days from date of invoice and (ii) all amounts not paid due to any "stop work" resulting from the acts or omissions of CLIENT, at the rate of eighteen (18) percent per annum (or the maximum interest rate permitted by applicable law), until paid or until such stop work order is lifted.  CLIENT agrees to pay SG BLOCKS the cost of collection of all amounts due and unpaid after sixty (60) days, including court costs and reasonable attorney's fees. All payments to SG BLOCKS are net of all taxes and fees, including but not limited to, SG BLOCKS' income taxes. As part of this Agreement, SG BLOCKS shall pay all sales taxes on initial purchase and acquisition of raw materials for fabrication. However, while it is assumed that additional California State or Local Los Angeles Sales or Use Tax fees on the finished product or resale of finished product to CLIENT will not apply, such possible Sales or Use Taxes or other additional jurisdictional fees are not included in the contract price.

## Section 5. Confidentiality

**5.1** The Parties agree that the following is deemed "Confidential Information" under this Agreement:

     a.    The terms and conditions of this Agreement

     b.    Any information, documentation, technical specifications, designs, production details and other proprietary technology and information disclosed from one Party to the other in connection with the Systems and/or Related Services.

D-2067583.3                                         5

-29
Ex. 1

**5.2**     The receiving Party, except as may otherwise be mutually agreed upon in writing; shall:

a.     Hold the Confidential Information in confidence, exercising a degree of care not less than the care used by the receiving Party to protect its own proprietary or confidential information that it does not wish to disclose, which in no event shall be less than reasonable care:

b.     Restrict disclosure of the Confidential Information solely to those directors, officers, employees, and/or agents/consultants with a need to know, and not disclose it to any other person without the prior written consent of the disclosing Party; and

c.     Advise those persons to whom the Confidential Information is disclosed of their obligations assumed herein; and

d.     Use the Confidential Information only for the purpose of providing the Systems and/or Related Services or otherwise carrying out the receiving Party's obligations under this Agreement.

**5.3**     The receiving Party shall not use the Confidential Information for any purpose detrimental to the disclosing Party's interests, including but not limited to circumvention to enter into any type of business relationship with any entity or individual identified from the Confidential Information, competing with disclosing Party or assisting others in competing with disclosing Party, directly or indirectly, in any way.

**5.4**     The obligations of the receiving Party specified in paragraphs 5.2 and 5.3 shall not apply to any information or materials:

a.     That were independently developed by the receiving Party or lawfully received free of restrictions from another source having the right to so furnish the same; or

b.     That have become generally available to the public without breach of this Agreement by the receiving Party; or

c.     Which at the time of disclosure to the receiving Party were known to the receiving Party to be free of restrictions as evidenced by documentation in the receiving Party's possession; or

d.     Which are disclosed pursuant to the requirement of a governmental agency or any law requiring thereof (including without limitation for the purposes of obtaining permitting approvals), or in the course of a litigation, proceeding, or other legal activity; provided that the receiving Party provides the disclosing Party with prior written notice of any such potential disclosure within a reasonable time so as to allow the disclosing Party to take measures to prevent the disclosure of said Information.

**5.5**     The Confidential Information shall remain the property of the disclosing Party and, upon the reasonable request of the disclosing Party at any time, or in the event the Parties cease doing business together and this Agreement is terminated, the receiving Party shall promptly return or destroy all the Confidential Information, that it received from the disclosing Party, along with all copies which it made, within two weeks of any such request or termination.

D-2067583.3

6

-30
Ex. 1

**5.6**     SG BLOCKS shall be allowed to publish, other than Confidential Information, any material related to the Systems and/or Related Services delivered to CLIENT, in SG BLOCKS' portfolio of projects.  SG BLOCKS will be allowed to photograph the completed project that used the Systems and/or Related Services for inclusion in its portfolio for use in marketing.

**5.7**     Any documents prepared by SG BLOCKS in connection with the Systems and/or Related Services are considered Confidential Information. These documents shall be used solely with respect to the transactions contemplated by this Agreement and, unless provided otherwise, SG BLOCKS shall be deemed the author of these documents and shall retain all common law, statutory and other reserved rights, including all copyrights in and to the documents.  CLIENT shall not use these or any other documents provided by SG BLOCKS for other projects, either directly or through a third party, except by agreement in writing and with appropriate compensation to SG BLOCKS as determined by SG BLOCKS at its sole and absolute discretion. CLIENT shall insure that its contractors, subcontractors and consultants all adhere to the terms of this Agreement.

## Section 6. Intellectual Property Ownership

**6.1**     CLIENT acknowledges and agrees that the trademark SG BLOCKS, any and all logos or other indicia used by SG BLOCKS, belong exclusively to SG BLOCKS. CLIENT shall not use the SG BLOCKS trademark or logos, or any trademark or logo confusingly similar thereto, in any manner without the prior written consent of SG BLOCKS.

**6.2**     In the event CLIENT contributes any ideas, suggestions or changes to the SG Materials, strategy, working processes, or development, CLIENT acknowledges and agrees that the any such ideas, suggestions or changes, including all copyrights, trademarks, and other intellectual property therein, shall belong exclusively to SG BLOCKS. CLIENT shall assign any of its rights in such materials to SG BLOCKS and perform all other reasonable, lawful acts to effectuate the intent of this paragraph.  CLIENT agrees that SG BLOCKS has the right, in its sole discretion, to use photographs or other depictions of any project involving the use of the Services.

## Section 7. Expenses

If required to incur additional expenses beyond the initial scope of work detailed in the Exhibits, CLIENT shall reimburse SG BLOCKS for all reasonable pre-approved in writing business expenses beyond what have been included in the Exhibits attached hereto including, but not limited to, travel and out-of-pocket expenses incurred by SG BLOCKS in its performance of the Related Services that may result from delays at no fault to SG BLOCKS

## Section 8. Right of Termination

**8.1**  If there is a material default by either Party in the performance of the terms and conditions of the Agreement and such default shall continue for a period of twenty (20) days after receipt by the defaulting Party of written notice thereof from the non-defaulting Party (setting forth in detail the nature of such default), then this Agreement shall terminate at the option of the non-defaulting Party as of the 21st day following the receipt of such written notice; provided, however, that if such default is not reasonably susceptible of cure within such 20-day period, and provided that the defaulting Party is diligently pursuing a cure, then such Agreement shall not terminate unless the defaulting Party fails to complete the cure or discontinues its diligent cure efforts (in which case the Agreement shall terminate immediately upon written notice from the non-defaulting Party).

**8.2**     If either Party shall have been adjudicated bankrupt, or shall have made an assignment for the benefit of or entered into a composition with its creditors, or if a receiver shall be appointed for it, and such adjudication, appointment or assignment has not been dismissed or removed within fifteen (15) days, such termination to be effective immediately upon the expiration of such fifteen (15) day period.

**8.3**     In the case of termination by CLIENT for convenience, SG Blocks will, with appropriate documentation, be entitled to payment for all work and costs incurred prior to termination date plus a 15% markup. In the case of termination due to SG BLOCKS' default of their contractual obligations, SG BLOCKS shall be entitled to payment for all work and costs incurred prior to termination date with no markup allowed.

## Section 9. Assignment

Either Party may assign this Agreement or the obligations hereunder with the prior written consent of the other Party, such consent not to be unreasonably withheld, conditioned or delayed.

## Section 10. Entire Agreement

This Agreement contains the entire understanding between the Parties hereto with respect to the transactions contemplated hereby. This Agreement may be amended only by an instrument in writing signed by both Parties. This Agreement supersedes any and all prior written or oral understandings of any nature whatsoever between the parties hereto with respect to the transactions contemplated hereby. This Agreement may be executed in counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same instrument.  Each Party has had an opportunity to comment on the Agreement and negotiate the terms and conditions and no inferences shall be made as to the drafting of the Agreement. A PDF or facsimile of the signed Agreement shall be deemed an original for all purposes.

## Section 11. Notices

Unless otherwise provided herein, all notices and communications hereunder shall be in writing and shall be deemed to have been duly given one (1) day after delivery to an internationally recognized overnight delivery courier. Transmission by facsimile or email/scan are acceptable forms of communication. Any Party hereto may, by written notice to the other Party, change its address for notices hereunder. The addresses and facsimile numbers for such notices shall be as follows:

For notices and communications to CLIENT:

    Anthony Brown
    615 S. La Fayette Park Place
    Los Angeles, CA 90057
    Phone: 213-389-1148
    tbrown@heartofla.org

For notices and communications to SG BLOCKS:

    SG Blocks, Inc.
    Mahesh Shetty

195 Montague Street, 14th Floor
Brooklyn, NY  11201
Phone: 214-415-3057
Facsimile: 615-776-3657
mshetty@sgblocks.com

## Section 12. Severability

All provisions of this Agreement are severable, and any which are deemed invalid or unenforceable shall be ineffective to the extent of such invalidity or unenforceability without invalidating the remaining provisions hereof, and this Agreement shall be enforced and interpreted as if the invalid or unenforceable provisions were not contained herein and any partially valid and enforceable provisions shall be enforced to the extent valid or enforceable.

## Section 13. DISCLAIMER OF WARRANTIES AND HOLD HARMLESS

EXCEPT AS SPECIFIED IN THIS AGREEMENT, SG BLOCKS MAKES NO WARRANTIES WITH RESPECT TO THE SYSTEMS AND RELATED SERVICES AND EXPLICITLY DISCLAIMS ALL OTHER WARRANTIES, INCLUDING OF MERCHANTABILITY AND FITNESS FOR A SPECIFIC PURPOSE.   WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, IT IS SPECIFICALLY AGREED THAT NEITHER SG BLOCKS NOR CLIENT SHALL BE LIABLE FOR ANY INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE OR CONSEQUENTIAL DAMAGES TO CLIENT OR ANY OTHER PERSON, IN CONTRACT OR TORT, INCLUDING LOST PROFITS, INCOME OR REVENUE AND BUSINESS INTERRUPTION.

To the fullest extent permitted by law, CLIENT shall indemnify, defend, and hold harmless SG BLOCKS, and its shareholders, directors, insurers, controlling persons, representatives, employees, officers and attorneys (collectively, the "SG BLOCKS Indemnified Persons") for, and shall pay to the SG BLOCKS Indemnified Persons the amount of any loss, liability, claim, damage, expense (including costs of investigation and defense and reasonable attorneys' fees) or diminution of value, whether or not involving a third-party claim arising, directly or indirectly, from or in connection with (i) any breach of any representation, covenant, and/or agreement made by CLIENT in this Agreement or any other certificate or document delivered by CLIENT pursuant to this Agreement, and/or (ii) CLIENT'S use of Systems and Related Services in CLIENT'S business or otherwise, provided however that this indemnity shall not extend to any claims that result from willful misconduct or gross negligence of the SG BLOCKS Indemnified Persons.

To the fullest extent permitted by law, SG BLOCKS shall indemnify, defend, and hold harmless CLIENT, and its shareholders, directors, insurers, controlling persons, representatives, employees, officers and attorneys (collectively, the ''CLIENT Indemnified Persons") for, and shall pay to the CLIENT Indemnified Persons the amount of any loss, liability, claim, damage, expense (including costs of investigation and defense and reasonable attorneys' fees) or diminution of value, whether or not involving a third-party claim arising, directly or indirectly, from or in connection with (i) any breach of any representation, covenant, and/or agreement made by SG BLOCKS in this Agreement or any other certificate or document delivered by SG BLOCKS pursuant to this Agreement, and/or (ii) the negligent acts or omissions of SG BLOCKS

-33
Ex. 1

or any of its subcontractors, vendors, suppliers, or anyone directly or indirectly employed by them or anyone for whose acts they may be liable, provided however that this indemnity shall not extend to any claims that result from willful misconduct or gross negligence of the CLIENT Indemnified Persons.

The provisions set forth in this Section 13 shall survive termination or expiration of this Agreement, as shall the provisions set forth in Sections 4, 5, 6, 9, 10, 11, 12, 14, 15, 16, 17.

## Section 14. Headings

Paragraph headings herein are used solely for convenience and are not intended nor in any sense are to be given any weight in the construction of this Agreement, (i.e. construction is to be as if headings were not present).

## Section 15. Waiver / Faxed Copies

The failure of any Party hereto to exercise the rights granted to such Party herein upon the occurrence of any of the contingencies set forth in this Agreement shall not in any event constitute a waiver of any such rights upon the occurrence of any additional such contingencies. Signed faxed or pdf format copies shall be deemed the same as originals for purposes of authenticity.

D-2067583.3                                    10

-34
Ex. 1

**Section 16. Full Power**

Both Parties represent they have the full right and power to enter into this Agreement and perform all obligations to be performed hereunder and to grant all rights hereunder granted without violating the legal or equitable rights of any other person or party.

**Section** 17. **Governing Law / Jurisdiction / Venue**

The laws of the State of California shall govern the validity, interpretation, construction, performance and enforcement of this Agreement, regardless of any conflict of law principals. Both Parties agree that both Parties shall institute any action arising out of or relating to this Agreement in any federal or state court of general jurisdiction in the State of California. Both Parties irrevocably submit and consent to the jurisdiction of any such court and waive any objection either may have to either the jurisdiction or venue of such court.

**Section** 18. **Insurance**

SG BLOCKS shall provide CLIENT with evidence of insurance with respect to the insurance coverage SG BLOCKS is required to procure under this Agreement set forth in Exhibit G attached hereto.  SG BLOCKS shall list the following as additional insureds and indicated on the Certificate of Insurance:

    1)  The CLIENT, its lenders, investors and consultants.

The CLIENT must be notified (30) days prior to cancellation of the insurance policy.

SG BLOCKS shall work collaboratively with the CLIENT in the event the CLIENT, lenders or investors make changes to the requirements, provided that SG BLOCKS shall be entitled to additional compensation for any reasonable increases in insurance costs resulting from changed insurance requirements.

*[Signature page(s) follow]*

D-2067583.3                                   11

-35
Ex. 1

**IN WITNESS WHEREOF,** the Parties hereto have duly executed duplicate originals of Agreement as of the day and year written above.

**CLIENT**

Signature
HOLA Community Partners, a
California Non-Profit Corporation

Authorized Signatory
Title
6/1/17
Date

**SG Blocks, Inc.**

Signature
Paul M. Galvin

Chairman and CEO
Title
6/1/17
Date

D-2067583.3                    12

-36
Ex. 1

**EXHIBIT A**

**SYSTEMS AND RELATED SERVICES**

The proposed Performing Arts Center will be located at La Fayette Park in Los Angeles.  The construction will consist of 3 levels primarily fabricated from Intermodal Shipping containers with an integrated Ensemble space conventionally framed and erected as well as corridors and stairs erected on site.  The overall GSF of the structure is proposed to total about 23,715 sf.  The building will be fabricated and erected in accordance with the HCD approved set of documents, as identified in Exhibit E.

All structures are to meet the State and local city requirements.

Part of the SG Blocks process is to work with the client on price and time reductions. These will potentially be achieved through minor design suggestions as well as material selections in order to take greatest advantage of the SG Blocks systems.

The overall completion date is subject to design and drawing time, permitting and approval process, and notice to proceed by State and local jurisdiction having authority over approval of plans.

**Scope of Work**

**1. Architectural and Engineering Services (Design/Build Services)**

Professional fees for all A&E services (Structural, Architectural, MEP) are provided for under separate contract.  Architectural, Mechanical, Electrical, Plumbing and Sprinkler design services are provided under separate agreement with others. The package will produce 100% Construction Documents for review and approval by local authorities having jurisdiction (AHJ).

**2. Fabrication Drawings**

Detailed fabrication drawings will be provided for each module showing any and all cuts, holes, apertures, structural reinforcements, weld-type call outs, or other modifications to the base structure that are required for fabrication.

**3. Green Steel/Structural Frame**

The SG Blocks Structural System with all customizations and reinforcements based on the approved configuration and permit set includes:

A.      Steel modifications such as welding conducted to meet AWS standards
B.      Designed and engineered in accordance with all local jurisdictions including varying wind and seismic requirements
C.      Comprehensive quality control process for applying primers and treating the steel for maximum longevity
D.      Primer and finish coat on all exterior surface metals
E.      Engineering supervision and project management

**4. Transportation and Logistics**

Trucks will be coordinated to arrive allowing for efficient use of space in receiving/setting as well as time for weld down and bolt connections by SG Blocks.   It is Client's responsibility that the site or staging area be ready to accept building modules as they are delivered.

Site offloading, erection, interconnections, welding and all site work above the foundation are the responsibility of SG Blocks, including a Project Manager present to provide technical assistance.

A.       Fabrication of Modules 12 weeks after release of permits and notice to proceed
B.       Delivery will be managed by SG Blocks.
C.       All temporary bracing and protection for transport is included.
D.       Site rep will be provided to assist in driver coordination and SG Blocks unit recognition/orientation.
E.       Crane, riggers and welders as required to be provided by SG Blocks.
     a.       Currently assumed 2-4 week crane install.
     b.       Currently assumed 9 weeks for all interconnections and mating lines.

**5. Site/Foundation/Permitting**

A.       SG Blocks will assist the site general contractor to obtain necessary jurisdictional approvals and permits. Everything will be built with the CBC code as guiding principles and be in accordance with the local requirements.  All approvals, inspections by authorities having jurisdiction and occupancy/use permits are the Client's responsibility for site related work. All approvals, inspections by authorities having jurisdiction and occupancy/use permits for the building are SG BLOCKS' responsibility, with the exception of any site, foundation, underground utility, methane mitigation and/or other work within the footprint of the building that falls outside of SG BLOCKS' agreed to Scope of Work
B.       Foundation allowance is not included.    The actual construction of the foundations will be by others.
C.       Installation of the structure on the site is to be completed by SG Blocks Subs.
D.       Upon completion of the Building, SG Blocks will assist with obtaining the required Certificate of Occupancy.

**6. Modular Interior Finish Out**

SG Blocks will be completing the interior finish out of the modules in a licensed and approved modular fabrication plant.  All work completed will be per the approved drawings.

**7. Exclusions**
A.       Removal of any existing structure
B.       All foundations, site work and site utility systems from utility agency POC to building POC.  Electrical POC at building made by Site GC or Electric Utility company at either Main House Panel or meter, as deemed appropriate by Site GC or Utility Company. Plumbing and Sewage POC to be made within building footprint, in crawl space, where supply and sewer lines are stubbed up by Site GC.  SG BLOCKS to provide POC from the building water, fire water, sewer and storm drain systems to the site systems
C.       Telephone connections and the punch panel are to be provided by others and not the responsibility of SG Blocks, except pathways to be provided by SG BLOCKS
D.       Permits and fees. SGB shall be responsible for permits required for their building

D-2067583.3                                              14

-38
Ex. 1

systems and within the building envelope including elevators, fire alarm, fire sprinklers, etc. as required by Authority Having Jurisdiction.

E.      Installation of the data cables and the runs to the IT/data rooms is assumed to be done by others and not the responsibility of SG BLOCKS.  Conduit, j-boxes and pull string to be provided by SG BLOCKS to the extent that these items are shown in the final approved drawings.

-39
Ex. 1

**EXHIBIT B**

**Pricing**

May 3, 2017

Heart of Los Angeles
Performing Arts & Enrichment Center
625 S. La Fayette Park Place
Los Angeles, CA 90057

**HOLA Cost Estimate**

**Pricing**

| Line Item | Qty | Cost |
|---|---|---|
| **GreenSteel and Modular Fit Out** | | |
| Containers – Procurement and Modifications (Cut-in of doors, windows, passageways) | 44 | **$ 164,592** |
| Modular Finish Out: | | |
| Steel and Welding Support of Container Units | | $ 681,657 |
| Adjust HSS Framing | | $ (50,000) |
| Floors and Floor Coverings – subflooring, preparation and final floor install | | $ 108,551 |
| Interior and Exterior Walls and Coverings – Stud out walls, insulation (exterior), Drywall/other hang and finish, painting | | $ 628,991 |
| Roof and Ceiling Covering – Preparation, Drywall/plaster, where specified, painting | | $ 130,525 |
| Trim, Doors and Windows – Installation of doors and windows, hardware install, casement and trim | | $ 556,201 |
| Electrical – wiring, outlets, switches, access panels within individual container units, preparation for on-site connections | | $ 281,763 |
| Credit for C2C Lights | | $ (125,000) |
| Plumbing – supply and drain lines installed with access panels and preparation for on-site connections; fixtures | | $ 72,663 |
| HVAC – ductwork and mechanicals for on-site hookup | | $ 307,081 |
| Furniture, Cabinetry and Casework – Cabinetry build and finish, mounting and installation | | $ 9,145 |
| Fire Alarm and Suppression | | $ 294,856 |
| Corridor Lighting Package (installed) | | $ 29,740 |
| *Subtotal – Modular Finish Out* | | **$ 2,926,173** |
| Factory Assembled/non-installed/loose-shipped Items: | | |
| On-site Walls, Windows and Doors | | $ 81,650 |
| Ensemble Room (Materials loose shipped for on-site fabrication) | | $ 279,000 |
| Trespa Rain Screen(Bi-fold Door only) | | $ 28,749 |
| Walkways, Stairs and Gates | | $ 131,528 |
| Roof Framing, Insulation and Membrane | | $ 159,621 |

-40
Ex. 1

| | | |
|---|---|---|
| On-site Utilities Distribution Materials | | $ 30,090 |
| Container Connections (for on-site welding at set) | | $ 46,153 |
| Bi-Fold Door | | $ 98,540 |
| Low Voltage Wiring (Material) | | $ 16,575 |
| Skylight (Allowance) | | - |
| *Bridge and Handrails* | | $ 22,300 |
| *Imbed plates with studs* | | $ 5,184 |
| **Subtotal – Factory Assembled. non-installed/loose-shipped Items:** | | **$899,390** |
| Elevator | | $ 84,000 |
| Substitute VCT for CT | | $ (22,000) |
| Add Steel for Solar | | $ 5,500 |
| Add Gates at Entrances | | $ 11,646 |
| **Subtotal – GreenSteel and Modular Fit Out** | | **$4,069,301** |
| **Transport and Logistics and Site Install** | | |
| Transportation to site * | 54 | $ 255,582 |
| Site install; crane, riggers, welders, (prevailing wage) | | $ 47,520 |
| Mating line interconnections (prevailing wage) | | $ 735,808 |
| **Subtotal – Transport and Logistics and Site Install** | | **$1,038,910** |
| **Estimated Project Total** | | **$ 5,108,211** |

**Transport costs are subject to change due to fuel adjustments and state permit changes prior to fabrication.  SGB will notify CLIENT of any increased transport costs after CLIENT issues a notice to proceed with fabrication.  Any Transportation cost adjustments shall not exceed 5% of the Transportation budget as stated above.**

**Prices quoted are good until June 1, 2017. If this Agreement is not executed by June 1, 2017, then SGB reserves the right to adjust to accommodate price increases from subcontractors and vendors due to inflation and availability of materials.**

-41
Ex. 1

**EXHIBIT C**

**COMPENSATION AND SERVICE MILESTONES**

**Payment Terms and Schedule**

The total amount due and payable to SG BLOCKS for its work under this Agreement is $5,108,211 and payments shall be made based on the milestones set forth below. This amount will be based for material and labor costs as outlined in Exhibit B, which CLIENT acknowledges as acceptable.

| Draw # | Approx. Days After Signed Contract | % of Contract Invoiced | Milestone |
|---|---|---|---|
| 1 | 1 | 12.50% | Contract Signed/Deposit; Container and Material Procurement |
| | | | |
| 2 | 30 | 12.5% | Notice to Proceed with Fabrication and Container Modifications |
| | | | |
| 3 | 60 | 17.5% | Container Fabrications/Modular Fit-Out |
| | | | |
| 4 | 90 | 27.5% | Completion - Modular Fit-Out - Preparation for Shipment **(1); Purchase and acquisition of all Loose Shipped Items for On-Site Installation.** |
| | | | |
| 5 | 120 | 5% | Transportation and Mobilization- Houston to Los Angeles |
| | | | Inventory and Approval of Loose Shipped Items Upon Delivery to Site |
| | | | |
| 6 | 150 | 25% | On-site Assembly; Substantial Completion; and complete/accurate as-builts, to be verified by AOR and Owner/Owner Representative prior to covering work. |
| | | | |
| 7 | N/A | N/A | Retainage Release after completion of Punchlist and C&O per payment terms once approved. |
| Modular fabricator requires payment in full prior to release of modules and shipment. This has been accounted for on the above draw schedule. | | | |
| Retainage of 10% will be withheld for Draws #1-6. | | | |

Any cost plus billing for additional services or change orders will be charged and due as incurred less 10% retention until project retainage is released per terms mentioned above.

For each payment, SG Blocks will issue an invoice in full accordance with the Agreement. Payments listed within are net of all taxes, fees and bank charges.

D-2067583.3                                        18

-42
Ex. 1

**EXHIBIT D**

Heart Of Los Angeles (HOLA)
Preliminary Executive Project Schedule

| ID | Task Mode | Task Name | Duration | Start | Finish | Predecessors |
|---|---|---|---|---|---|---|
| 1 | | **HOLA Project** | **481 days** | **Mon 5/23/16** | **Tue 4/3/18** | |
| 2 | | Percolation Test Results (south side) | 1 day | Fri 4/14/17 | Fri 4/14/17 | |
| 3 | | Finalize Updated drawings based on test results | 1 wk | Mon 4/17/17 | Fri 4/21/17 | 2 |
| 4 | | **Building/Site Drawings, Pricing & Budget** | **250 days** | **Mon 5/23/16** | **Fri 5/5/17** | |
| 5 | | SG Blocks Pre-Con contract fully executed | 25 days | Mon 5/23/16 | Fri 6/24/16 | |
| 6 | | Site Design | 80 days | Mon 6/27/16 | Fri 10/14/16 | 5 |
| 7 | | Finalize Concept | 30 days | Mon 7/4/16 | Fri 8/12/16 | 5 |
| 8 | | Schematic Design | 20 days | Mon 8/15/16 | Fri 9/9/16 | 7 |
| 9 | | Schematic Design Review | 5 days | Mon 9/12/16 | Fri 9/16/16 | 8 |
| 10 | | Design Development | 20 days | Mon 9/19/16 | Fri 10/14/16 | 9 |
| 11 | | Design Development Review | 10 days | Mon 10/17/16 | Fri 10/28/16 | 10 |
| 12 | | Construction Documents | 30 days | Mon 11/7/16 | Fri 12/16/16 | 11,6FF |
| 13 | | Construction Documents Pricing | 30 days | Mon 12/19/16 | Fri 1/27/17 | 12 |
| 14 | | Reduction of project scope/Building re-design & re-do of CD's (Addendum #3) | 45 days | Mon 1/30/17 | Fri 3/31/17 | |
| 15 | | Reduction of scope/landscape & fire lane re-design (Addendum #4) | 45 days | Mon 1/30/17 | Fri 3/31/17 | |
| 16 | | SGB re-pricing (Addendum #3 building only) | 2 wks | Mon 4/3/17 | Fri 4/14/17 | 14 |
| 17 | | SGB Final Contract Amount | 3 wks | Mon 4/17/17 | Fri 5/5/17 | 16 |
| 18 | | Balfour Beatty re-pricing Addendum #4 (site work only) | 2 wks | Mon 4/3/17 | Fri 4/14/17 | 15 |
| 19 | | Final Project Budget to HOLA based on SGB & Balfour Beatty re-pricing | 2 wks | Mon 4/17/17 | Fri 4/28/17 | 18 |
| 20 | | **Entitlements** | **59 days** | **Thu 5/4/17** | **Thu 7/27/17** | |
| 21 | | Notice of CEQA ND Circulation Period | 14 days | Thu 5/4/17 | Tue 5/23/17 | |
| 22 | | Public Notice Issued (DC to confirm task) | 15 days | Tue 5/30/17 | Mon 6/19/17 | 21FS+3 days |
| 23 | | Rec & Parks Board Hearing | 1 day | Wed 5/31/17 | Wed 5/31/17 | |
| 24 | | City Council Hearing: File Notice of Determination (NOD) | 1 day | Wed 6/21/17 | Wed 6/21/17 | |
| 25 | | 10-day period ends for Council determination | 1 day | Fri 7/7/17 | Fri 7/7/17 | |
| 26 | | Fully executed lease | 1 day | Thu 7/20/17 | Thu 7/20/17 | |
| 27 | | CEQA challenge period expires | 1 day | Thu 7/27/17 | Thu 7/27/17 | |
| 28 | | **LADBS & HCD Approvals and Permit** | **335 days** | **Mon 5/23/16** | **Wed 9/6/17** | |
| 29 | | HCD resume of review and approval | 42 days | Mon 4/3/17 | Wed 5/31/17 | |
| 30 | | Grading Plan Check submittal | 1 day | Wed 3/29/17 | Wed 3/29/17 | |
| 31 | | Grading Plan Check review | 3 wks | Thu 6/1/17 | Wed 6/21/17 | 29 |
| 32 | | Fire Department submittal & review | 3 wks | Mon 5/23/16 | Fri 6/10/16 | |
| 33 | | Fire Department back-check | 3 wks | Mon 6/13/16 | Fri 7/1/16 | 32 |
| 34 | | Site Plumbing submittal & review | 3 wks | Wed 7/26/17 | Tue 8/15/17 | 42 |
| 35 | | Site Plumbing back-check | 3 wks | Wed 8/16/17 | Wed 9/6/17 | 34 |
| 36 | | Resume LADBS Building Dept Plan Check based on HCD approval | 1 mon | Thu 6/1/17 | Wed 6/28/17 | 29 |
| 37 | | Address LADBS Building Plan Check corrections | 2 wks | Thu 6/29/17 | Thu 7/13/17 | 36 |
| 38 | | Back Check Meetings / Final Clearances obtained | 2 wks | Fri 7/14/17 | Thu 7/27/17 | 37 |
| 39 | | RTI Permits | 3 days | Fri 7/28/17 | Tue 8/1/17 | 38,26,27 |
| 40 | | Permit Issuance | 3 days | Wed 8/2/17 | Fri 8/4/17 | 39 |
| 41 | | **LA County Flood Control Permit** | **70 days** | **Mon 4/17/17** | **Tue 7/25/17** | |
| 42 | | LACFC Permit Process / Approval | 14 wks | Mon 4/17/17 | Tue 7/25/17 | |
| 43 | | **CMAR Delivery** | **285 days** | **Mon 5/1/17** | **Mon 6/11/18** | |
| 44 | | Preparation of bid set | 5 days | Thu 6/1/17 | Wed 6/7/17 | |
| 45 | | Bid package review by HOLA and Recreation and Parks | 2 days | Thu 6/8/17 | Fri 6/9/17 | 44 |
| 46 | | Public Bid Advertisement Period | 1.2 wks | Mon 6/12/17 | Mon 6/19/17 | 45 |
| 47 | | Mandatory Pre-Bid Job Walk #1 | 1 day | Thu 6/15/17 | Thu 6/15/17 | 46SS+3 days |
| 48 | | Mandatory Pre-Bid Job Walk #2 | 1 day | Thu 6/22/17 | Thu 6/22/17 | |
| 49 | | Bid RFIs Due | 1 day | Fri 6/30/17 | Fri 6/30/17 | 48FS+5 days |
| 50 | | Bid Addendum (if necessary) | 1 day | Thu 7/6/17 | Thu 7/6/17 | |
| 51 | | Public Bids Due | 1 day | Wed 7/12/17 | Wed 7/12/17 | |
| 52 | | Present Bids to HOLA Board/Recs & Park | 1 day | Fri 7/14/17 | Fri 7/14/17 | |
| 53 | | Bid Appeal Process | 1 wk | Mon 7/17/17 | Fri 7/21/17 | 52 |
| 54 | | GMP Bid Reviews | 1 wk | Mon 7/17/17 | Fri 7/21/17 | 52 |
| 55 | | HOLA Board Approval of GMP | 2 days | Mon 7/24/17 | Tue 7/25/17 | 54 |
| 56 | | GMP Contract Execution | 1 day | Wed 7/26/17 | Wed 7/26/17 | 55 |
| 57 | | GMP Notice to Proceed | 5 days | Mon 8/7/17 | Fri 8/11/17 | 56,40 |
| 58 | | **Container Fabrication** | **131 days** | **Wed 5/17/17** | **Mon 11/20/17** | |
| 59 | | SGB draft contract | 2 wks | Wed 5/17/17 | Wed 5/31/17 | |
| 60 | | SG Blocks contract fully executed | 0 days | Wed 5/31/17 | Wed 5/31/17 | 59 |
| 61 | | Notice to proceed | 0 days | Thu 6/1/17 | Thu 6/1/17 | |
| 62 | | Factory queue (30-days notice) | 20 days | Thu 6/1/17 | Wed 6/28/17 | 61 |
| 63 | | 2-week notice to factory to start modifications | 2 wks | Thu 6/15/17 | Wed 6/28/17 | 62SS+2 wks |
| 64 | | Fabrication of Structures | 60 days | Thu 6/29/17 | Fri 9/22/17 | 63 |
| 65 | | Shipping and Delivery of Containers | 2 wks | Tue 11/7/17 | Mon 11/20/17 | 87SS-2 wks |
| 66 | | **Testing and Dewatering** | | | | |
| 67 | | Decision by HOLA to test for subsurface water. | 1 day | Wed 5/3/17 | Wed 5/3/17 | |
| 68 | | Entry permit issued by Recreation and Parks | 3 wks | Tue 5/9/17 | Tue 5/30/17 | 67 |
| 69 | | Dig alert notice | 3 days | Thu 5/25/17 | Tue 5/30/17 | 68FS-3 days |
| 70 | | Sub Surface Water and Testing | 8 days | Wed 5/31/17 | Fri 6/9/17 | 68,69 |
| 71 | | Technical memo completed | 3 days | Mon 6/12/17 | Wed 6/14/17 | 70 |
| 72 | | Water treatment design (separate firm) | 5 days | Thu 6/15/17 | Wed 6/21/17 | 71 |
| 73 | | NEPDES permit issued-determines if water needs to be treated when pumped | 6 wks | Thu 6/22/17 | Thu 8/3/17 | 72 |
| 74 | | Building and cistern anchoring system redesign | 3 wks | Thu 6/15/17 | Thu 7/6/17 | 71 |
| 75 | | Dewatering during excavation | 72 days | Tue 8/15/17 | Fri 11/24/17 | 71 |

Wed 5/31/17 5:11 PM | Page 1 | S.L. Leonard & Associates, Inc.

Heart Of Los Angeles (HOLA)
Preliminary Executive Project Schedule

| ID | Task Mod | Task Name | Duration | Start | Finish | Predecessors |
|----|----------|-----------|----------|-------|--------|--------------|
| 76 | | Construction | 151 days | Mon 8/14/17 | Fri 3/16/18 | |
| 77 | | CM Mobilization | 10 days | Mon 8/14/17 | Fri 8/25/17 | 55,57 |
| 78 | | Site Demo/Tree and Root Removal | 5 days | Mon 8/28/17 | Fri 9/1/17 | 77 |
| 79 | | Rough site and building grading | 25 days | Tue 9/5/17 | Mon 10/9/17 | 78 |
| 80 | | LA County Flood Control Permit for Storm Water Connection | 1 day | Mon 8/14/17 | Mon 8/14/17 | 77SS,42 |
| 81 | | Site Utilities | 45 days | Tue 10/10/17 | Tue 12/12/17 | 79 |
| 82 | | Building Foundation | 30 days | Tue 10/10/17 | Mon 11/20/17 | 81SS |
| 83 | | Ensemble Room Foundation | 15 days | Tue 10/10/17 | Mon 10/30/17 | 82SS |
| 84 | | Ensemble Room Floor Framing/Deck/Concrete | 15 days | Tue 10/31/17 | Mon 11/20/17 | 83 |
| 85 | | Elevator Pit/Methane Application at Pit | 10 days | Tue 10/31/17 | Mon 11/13/17 | 82SS+3 wks |
| 86 | | LADWP Permanent Power In Service | 1 day | Tue 10/24/17 | Tue 10/24/17 | 82FS-4 wks |
| 87 | | SGB Hoist and Set Modular Units | 15 days | Tue 11/21/17 | Tue 12/12/17 | 82,59 |
| 88 | | SGB Onsite Work | 45 days | Wed 12/6/17 | Thu 2/8/18 | 87FS-1 wk |
| 89 | | Low Voltage cabling/security/AV install | 10 days | Fri 1/26/18 | Thu 2/8/18 | 88FS-2 wks |
| 90 | | Site Fine Grading | 10 days | Wed 12/13/17 | Wed 12/27/17 | 87 |
| 91 | | Site Sidewalk/Stairs | 25 days | Thu 12/28/17 | Thu 2/1/18 | 90 |
| 92 | | Site Paving | 20 days | Thu 12/28/17 | Thu 1/25/18 | 90 |
| 93 | | Site Irrigation | 20 days | Thu 12/28/17 | Thu 1/25/18 | 90 |
| 94 | | Site Landscaping | 20 days | Fri 1/26/18 | Thu 2/22/18 | 93 |
| 95 | | Site Specialties | 10 days | Fri 1/26/18 | Thu 2/8/18 | 93 |
| 96 | | Commissioning | 5 days | Fri 2/16/18 | Thu 2/22/18 | 95FS+1 wk |
| 97 | | Final Inspections & Punch List | 15 days | Fri 2/23/18 | Thu 3/15/18 | 96 |
| 98 | | Certificate of Occupancy | 1 day | Fri 3/16/18 | Fri 3/16/18 | 97 |
| 99 | | Owner Occupancy | 15 days | Mon 3/19/18 | Fri 4/6/18 | |
| 100 | | FF&E | 2 wks | Mon 3/19/18 | Fri 3/30/18 | 98 |
| 101 | | Owner Move-In | 5 days | Mon 4/2/18 | Fri 4/6/18 | 100 |

-44
Ex. 1

EXHIBIT E - CONTRACT DOCUMENT LIST

| DRAWING NUMBER | DRAWING NAME | ISSUE FOR PERMIT | ISSUE FOR PERMIT #1 | ISSUE FOR PERMIT #2 | ISSUE FOR PERMIT #3 |
|---|---|---|---|---|---|
| **CIVIL** | | | | | |
| C101 | TITLE SHEET, GENERAL NOTES | X | X | | |
| C102 | DEPARTMENT OF PUBLIC HEALTH NOTES | X | X | | |
| C201 | TYPICAL DETAILS | X | X | | |
| C202 | TYPICAL DETAILS | X | X | | |
| C203 | TYPICAL DETAILS | X | X | | |
| C204 | TYPICAL DETAILS | X | X | | |
| C205 | STORMWATER MANAGEMENT SYSTEM DETAILS | X | X | | |
| C206 | STORMWATER MANAGEMENT SYSTEM DETAILS | X | X | | |
| C207 | WASTEWATER SYSTEM DETAILS | X | X | | |
| C208 | WASTEWATER SYSTEM DETAILS | X | X | | |
| C301 | DEMOLITION PLAN | X | X | | |
| C401 | PRECISE GRADING PLAN | X | X | | |
| C501 | SITE UTILITY PLAN | X | X | | |
| C601 | EROSION CONTROL PLAN | X | X | | |
| C701 | RETAINING WALL PLAN | X | | | |
| **SITE ARCHITECTURE** | | | | | |
| **LANDSCAPE** | | | | | |
| SA010 | SITE PLAN | X | X | | |
| SA011 | SITE PLAN - ENLARGED | X | | | |
| SA012 | SITE PLAN - ENLARGED | X | X | | |
| SA013 | SITE PLAN - ENLARGED | X | | | |
| SA021 | SITE DETAILS | X | | | |
| SA022 | SITE DETAILS | | | | |
| SA023 | SITE DETAILS | | X | | |
| L100 | GENERAL LANDSCAPE NOTES | X | X | | |
| L101 | TREE DISPOSITION PLAN | X | X | | |
| L200 | LANDSCAPE LAYOUT AND MATERIALS DETAILS | X | X | | |
| L201 | LANDSCAPE MATERIAL DETAILS | X | X | | |
| L300 | PLANTING NOTES & LEGEND | X | X | | |
| L301 | PLANTING PLAN | X | X | | |
| L302 | PLANTING DETAILS | X | X | | |
| L400 | IRRIGATION PLAN | X | X | | |
| L401 | IRRIGATION LEGENDS AND NOTES PLAN | X | X | | |
| L402 | IRRIGATION DETAILS PLAN | X | X | | |
| L403 | IRRIGATION DETAILS PLAN | X | X | | |
| L404 | IRRIGATION DETAILS PLAN | X | X | | |
| L405 | IRRIGATION WATER CONSERVATION PLAN | X | X | | |
| L406 | IRRIGATION WATER SCHEDULES PLAN | X | X | | |
| **UTILITIES** | | | | | |
| E0.1 | ELECTRICAL LEGEND, NOTES & SCHEDULES | X | X | X | |
| E0.2 | ELECTRICAL SPECIFICATIONS | X | X | X | |

| | | | | | |
|---|---|---|---|---|---|
| E0.3 | SINGLE LINE DIAGRAM AND DETAILS | X | X | X | |
| E0.5 | PANEL SCHEDULES I | X | X | X | |
| E0.6 | PANEL SCHEDULES II | X | X | X | |
| E0.7 | PANEL SCHEDULES III | X | X | X | |
| E0.8 | T-24 INDOOR LIGHTING - CONDITIONED AREAS I | | X | X | |
| E0.9 | T-24 - INDOOR LIGHTING - CONDITIONED AREAS II | | X | X | |
| E0.10 | T-24 - INDOOR LIGHTING - UNCONDITIONED AREAS I | | X | X | |
| E0.11 | T-24 - INDOOR LIGHTING - UNCONDITIONED AREAS II | | X | X | |
| E0.12 | T-24 - ELECTRICAL POWER DISTRIBUTION | | X | X | |
| E2.0 | FIRST FLOOR LIGHTING PLAN | X | X | X | |
| E2.1 | SECOND FLOOR LIGHTING PLAN | X | X | X | |
| E2.2 | THIRD FLOOR LIGHTING PLAN | X | X | X | |
| E3.0 | FIRST FLOOR POWER AND COMMUNICATIONS PLAN | X | X | X | |
| E3.1 | SECOND FLOOR POWER AND COMMUNICATIONS PLAN | X | X | X | |
| E3.2 | THIRD FLOOR POWER AND COMMUNICATIONS PLAN | X | X | X | |
| E3.3 | ROOF ELECTRICAL PLAN | X | X | X | |
| ES0.1 | ELECTRICAL LEGENDS & NOTES | X | X | | |
| ES0.2 | TITLE 24 COMPLIANCE DOCUMENTS | | X | | |
| ES0.3 | TITLE 24 COMPLIANCE DOCUMENTS | | X | | |
| ES1.1 | ELECTRICAL SITE PLAN | X | X | | |

# METHANE

| | | | | | |
|---|---|---|---|---|---|
| GC-1.0 | TITLE SHEET | X | X | | |
| GC-1.1 | METHANE MITIGATION NOTES | X | X | | |
| GC-1.2 | METHANE MITIGATION NOTES (CONT.) | X | X | | |
| GC-1.3 | METHANE MITIGATION NOTES (CONT.) | X | X | | |
| GC-1.4 | CERTIFICATE OF COMPLIANCE FOR METHANE TEST DATA | X | X | | |
| GC-2.0 | SITE PLAN | X | X | | |
| GC-3.0 | METHANE MEMBRANE PLAN | X | X | | |
| GC-4.0 | SUB-SLAB MEMBRANE DETAILS | X | X | | |
| | | | | | |

# METHANE (CONTINUED)

| | | | | | |
|---|---|---|---|---|---|
| GC-4.1 | SUB-SLAB MEMBRANE TERMINATION DETAILS | X | X | | |
| GC-5.0 | SUB-SLAB MEMBRANE LARR | X | X | | |
| GC-5.1 | SUB-SLAB MEMBRANE SPECIFICATIONS | X | X | | |
| GC-6.0 | HAZARDOUS AREA CLASSIFICATIONS | X | X | | |
| GC-8.0 | TRENCH DAM AND SEAL-OFF DETAILS | X | X | | |

# ARCHITECTURE

| | | | | | |
|---|---|---|---|---|---|
| A000 | Cover Page | X | X | | |
| A001 | INDEX | X | X | | |
| A002 | INDEX | X | X | | |
| A010 | CODE STUDY | X | X | X | X |
| A011 | CODE STUDY | X | X | | |
| A012 | LIFE SAFTEY | X | X | X | X |
| A013 | LIFE SAFTEY | X | X | | X |
| A014 | SCOPE PLAN | | | X | |
| A015 | SCOPE SECTION | | | X | |
| A016 | INSTALLATION SEQUENCE | | | | X |
| A020 | GRAPHIC SYMBOLS, AND GENERAL NOTES | X | X | | |
| A030 | RATED ASSEMBLIES | X | X | | |
| A031 | FIRE ASSEMBLIES | | X | | |
| A040 | MOUNTING HIEGHTS | X | X | | |
| A041 | ADA RESTROOM | X | X | | |
| A042 | ADA STAIR | X | X | | |
| A043 | ADA CLEARANCE | X | X | | |

-46
Ex. 1

| | | | | | |
|---|---|---|---|---|---|
| A050 | SITE PLAN | X | X | X | X |
| A110 | METHANE REMEDIATION PLAN | X | X | X | X |
| A111 | FLOOR PLAN LEVEL 01 | X | X | X | X |
| A112 | FLOOR PLAN LEVEL 02 | X | X | X | X |
| A113 | FLOOR PLAN LEVEL 03 | X | X | X | X |
| A114 | ROOF PLAN | X | X | X | |
| A121 | CEILING PLAN LEVEL 01 | X | X | X | X |
| A122 | CEILING PLAN LEVEL 02 | X | X | X | X |
| A123 | CEILING PLAN LEVEL 03 | X | X | | |
| A160 | ENLARGED PLANS | X | X | | |
| A201 | ELEVATIONS | X | X | X | X |
| A202 | ELEVATIONS | X | X | X | |
| A203 | AXONOMETRIC | X | X | | |
| A204 | AXONOMETRIC | X | X | | |
| A205 | ENLARGED ELEVATIONS | X | X | X | X |
| A206 | ENLARGED ELEVATIONS | X | X | | |
| A207 | ENLARGED ELEVATIONS | X | X | X | X |
| A301 | BUILDING SECTIONS | X | X | X | X |
| A302 | BUILDING SECTIONS | X | X | X | X |
| A303 | BUILDING SECTIONS | X | X | X | X |
| A304 | BUILDING SECTION | X | | | |
| A305 | WALL SECTION - EXTERIOR TYPICAL | X | X | | X |
| A306 | WALL SECTIONS - EXTERIOR ENTRY | X | X | X | X |
| A307 | WALL SECTIONS - EXTERIOR DECKS | X | X | X | X |
| A308 | WALL SECTIONS - EXTERIOR ENSEMBLE | X | X | | X |
| A309 | WALL SECTIONS - INTERIORS TYPICAL | X | X | X | X |
| A310 | VEGETATED ROOF SECTIONS | | X | X | X |
| A311 | BRIDGE SECTIONS | | X | | X |
| A331 | ROOF DETAILS | X | | | |
| A401 | LEVEL 1 CONTAINER PLAN | X | X | X | |
| A402 | LEVEL 2 CONTAINER PLAN | X | X | X | |
| A403 | LEVEL 3 CONTAINER PLAN | X | X | X | |
| A410 | CONTAINER 1.01 & 1.02 DIAGRAMS | X | X | | |
| A411 | CONTAINER 1.03 & 1.04 DIAGRAMS | X | X | | |
| A412 | CONTAINER 1.05 & 1.06 DIAGRAMS | X | X | | |
| A413 | CONTAINER 1.07 & 1.08 DIAGRAMS | X | X | | |
| A414 | CONTAINER 1.09 & 1.10 DIAGRAMS | X | X | | |
| A415 | CONTAINER 1.11 & 1.12 DIAGRAMS | X | X | | |
| A416 | CONTAINER 1.13 & 1.14 DIAGRAMS | X | X | | |
| A417 | CONTAINER 1.15 & 1.16 DIAGRAMS | X | X | | |
| A418 | CONTAINER 1.17 & 1.18 DIAGRAMS | X | X | | |
| A419 | ICFS 1A DIAGRAM | X | X | | |
| A420 | CONTAINER 2.02 & 2.03 DIAGRAMS | X | X | | |
| A421 | CONTAINER 2.04 & 2.05 DIAGRAMS | X | X | | |
| A422 | CONTAINER 2.06 & 2.07 DIAGRAMS | X | X | | |
| A423 | CONTAINER 2.08 & 2.09 DIAGRAMS | X | X | | |
| A424 | CONTAINER 2.10 & 2.11 DIAGRAMS | X | X | | |
| A425 | CONTAINER 2.12 & 2.13 DIAGRAMS | X | X | | |
| A426 | CONTAINER 2.14 & 2.15 DIAGRAMS | X | X | | |
| A427 | CONTAINER 2.16 & 2.17 DIAGRAMS | X | X | | |
| A428 | CONTAINER 2.18 & ICFS 2A DIAGRAM | X | X | | |
| A430 | CONTAINER 3.03 & 3.04 DIAGRAMS | X | | | |
| A431 | CONTAINER 3.05 & 3.06 DIAGRAMS | X | | | |
| A432 | CONTAINER 3.07 & 3.08 DIAGRAMS | X | | | |
| A433 | CONTAINER 3.09 & 3.10 DIAGRAMS | X | | | |
| A434 | CONTAINER 3.11 & 3.13 DIAGRAMS | X | | | |
| A435 | CONTAINER 3.14 & 3.15 DIAGRAMS | X | | | |
| A436 | CONTAINER 3.16 & 3.17 DIAGRAMS | X | | | |
| A437 | CONTAINER 3.18 & ICFS 3A DIAGRAMS | X | | | |
| A501 | FOUNDATION DETAILS | X | | X | X |
| A510 | WALL DETAILS | | | X | X |

-47
Ex. 1

| Code | Description | | | | |
|---|---|---|---|---|---|
| A511 | WALL DETAILS SPECIAL | | | | X |
| A512 | WALL DETAILS | X | | | X |
| A513 | WALL DETAILS | X | | | X |
| A515 | TRESPA DETAILS | | | | X |
| A516 | EXTERIOR WALL ASSEMBLIES | | | | X |
| A520 | BRIDGE DETAILS | | | | X |
| A521 | CEILING DETAILS | X | | | X |
| A530 | VEGETATED ROOF DETAILS | | | | X |
| A531 | ROOF DETAILS UPPER | | | X | X |
| A532 | ROOF DETAILS TYPICAL | X | | | X |
| A533 | ROOF DETAILS TYPICAL | | | | X |
| A534 | ROOF DETAILS TYPICAL | X | | | X |
| A535 | ROOF DETAILS TYPICAL | X | | | X |
| A536 | ROOF DETAILS | X | | | X |
| A550 | VERTICAL CIRCULATION - STAIR 1 & ELEVATOR PLANS | X | | | X |
| A551 | VERTICAL CIRCULATION - STAIR 2 | X | | | X |
| A552 | VERTICAL CIRCULATION - ELEVATOR SECTION | X | | | X |
| A553 | VERTICAL CIRCULATION - STAIR 1 SECTION | X | | | X |
| A554 | VERTICAL CIRCULATION - STAIR 2 SECTION | X | | | X |
| A555 | STAIR DETAILS | X | | | X |
| A556 | STAIR DETAILS | X | | | X |
| A601 | DOOR SCHEDULE & DETAILS | X | | | |
| A602 | DOOR SCHEDULE & DETAILS | X | | | |
| A603 | TRANSITION DETAILS | | | | |
| A604 | WINDOW SCHEDULE | X | | | |
| A606 | PARTITION TYPES | X | | | |
| A607 | PARTITION BOTTOM DETAILS | X | | | |
| A608 | PARTITION TOP DETAILS | X | | | |

## INTERIOR

| Code | Description | | | | |
|---|---|---|---|---|---|
| ID111 | FLOOR PLAN LEVEL 01 | X | | | |
| ID112 | FLOOR PLAN LEVEL 02 | X | | | |
| ID113 | FLOOR PLAN LEVEL 03 | X | | | |
| ID121 | CEILING PLAN LEVEL 01 | X | | | |
| ID122 | CEILING PLAN LEVEL 02 | X | | | |
| ID123 | CEILING PLAN LEVEL 03 | X | | | |
| ID131 | FINISH PLAN LEVEL 01 | X | | | |
| ID132 | FINISH PLAN LEVEL 02 | X | | | |
| ID133 | FINISH PLAN LEVEL 03 | X | | | |
| ID211 | INTERIOR ELEVATIONS | X | | | |
| ID212 | INTERIOR ELEVATIONS | X | | | |
| ID213 | INTERIOR ELEVATIONS | X | | | |
| ID214 | INTERIOR ELEVATIONS | X | | | |
| ID215 | INTERIOR ELEVATIONS | X | | | |
| ID216 | INTERIOR ELEVATIONS | X | | | |
| ID217 | INTERIOR ELEVATIONS | X | | | |
| ID218 | INTERIOR ELEVATIONS | X | | | |

## STRUCTURE

| Code | Description | | | | |
|---|---|---|---|---|---|
| S4.7 | INTERMODAL CONNECTIONS | | | | X |
| S1.0 | GENERAL NOTES | X | X | X | X |
| S1.01 | SPECIAL INSPECTIONS | X | X | | |
| S1.1 | FOUNDATION PLAN | X | X | | |
| S2.1 | TYPICAL FOUNDATION SECTIONS | X | X | | |
| S2.2 | FOUNDATION DETAILS | X | X | | |
| S3.1 | 1ST FLOOR PLAN | X | X | | |
| S3.2 | 2ND FLOOR PLAN | X | X | | |
| S3.3 | 3RD FLOOR PLAN | X | X | | |
| S3.4 | ROOF PLAN | X | X | | |
| S4.7 | INTERMODAL CONNECTIONS | | | X | |
| S1.0 | GENERAL NOTES | X | X | X | |

-48
Ex. 1

| | | | | | |
|---|---|---|---|---|---|
| S1.01 | SPECIAL INSPECTIONS | X | X | | |
| S1.1 | FOUNDATION PLAN | X | X | | |
| S2.1 | TYPICAL FOUNDATION SECTIONS | X | X | | |
| S2.2 | FOUNDATION DETAILS | X | X | | |
| S3.1 | 1ST FLOOR PLAN | X | X | | |
| S3.2 | 2ND FLOOR PLAN | X | X | | |
| S3.3 | 3RD FLOOR PLAN | X | X | | |
| S3.4 | ROOF PLAN | X | X | | |
| S4.1 | TYPICAL FRAMING DETAILS | X | X | | |
| S4.2 | FRAMING SECTIONS AND DETAILS | X | X | | |
| S4.3 | FRAMING SECTIONS AND DETAILS | | X | | |
| S4.4 | STAIR SECTIONS AND DETAILS | X | X | | |
| S4.5 | STAIR SECTIONS AND DETAILS | X | X | | |
| S4.6 | CONTAINER DETAILS | X | X | | |
| S5.1 | BRACED FRAME ELEVATIONS AND DETAILS | X | X | | |
| S5.2 | BRACED FRAME DETAILS | | X | | |
| S5.3 | STANDARD SHEAR CONNECTION DETAILS | | X | | |
| S7.1.01 | CONTAINER 1.01 | X | X | | |
| S7.1.02 | CONTAINER 1.02 | X | X | | |
| S7.1.03 | CONTAINER 1.03 | X | X | | |
| S7.1.04 | CONTAINER 1.04 | X | X | | |
| S7.1.05 | CONTAINER 1.05 | X | X | | |
| S7.1.06 | CONTAINER 1.06 | X | X | | |
| S7.1.07 | CONTAINER 1.07 | X | X | | |
| S7.1.08 | CONTAINER 1.08 | X | X | | |
| S7.1.09 | CONTAINER 1.09 | X | X | | |
| S7.1.10 | CONTAINER 1.10 | X | X | | |
| S7.1.11 | CONTAINER 1.11 | X | X | | |
| S7.1.12 | CONTAINER 1.12 | X | X | | |
| S7.1.13 | CONTAINER 1.13 | X | X | | |
| S7.1.14 | CONTAINER 1.14 | X | X | | |
| S7.1.15 | CONTAINER 1.15 | X | X | | |
| S7.1.16 | CONTAINER 1.16 | X | X | | |
| S7.1.17 | CONTAINER 1.17 | X | X | | |
| S7.1.18 | CONTAINER 1.18 | X | X | | |
| S7.1.19 | ICFS 1A | X | X | | |
| S7.2.02 | CONTAINER 2.02 | X | X | | |
| S7.2.03 | CONTAINER 2.03 | X | X | | |
| S7.2.04 | CONTAINER 2.04 | X | X | | |
| S7.2.05 | CONTAINER 2.05 | X | X | | |
| S7.2.06 | CONTAINER 2.06 | X | X | | |
| S7.2.07 | CONTAINER 2.07 | X | X | | |
| S7.2.08 | CONTAINER 2.08 | X | X | | |
| S7.2.09 | CONTAINER 2.09 | X | X | | |
| S7.2.10 | CONTAINER 2.10 | X | X | | |
| S7.2.11 | CONTAINER 2.11 | X | X | | |
| S7.2.12 | CONTAINER 2.12 | X | X | | |
| S7.2.13 | CONTAINER 2.13 | X | X | | |
| S7.2.14 | CONTAINER 2.14 | X | X | | |
| S7.2.15 | CONTAINER 2.15 | X | X | | |
| S7.2.16 | CONTAINER 2.16 | X | X | | |
| S7.2.17 | CONTAINER 2.17 | X | | | |
| S7.2.18 | CONTAINER 2.18 | X | | | |
| S7.2.19 | ICFS 2A | X | X | | |
| S7.3.03 | CONTAINER 3.03 | X | X | | |
| S7.3.04 | CONTAINER 3.04 | X | X | | |
| S7.3.05 | CONTAINER 3.05 | X | X | | |
| S7.3.06 | CONTAINER 3.06 | X | X | | |
| S7.3.07 | CONTAINER 3.07 | X | X | | |
| S7.3.08 | CONTAINER 3.08 | X | X | | |
| S7.3.09 | CONTAINER 3.09 | X | X | | |

-49
Ex. 1

| | | | | | |
|---|---|---|---|---|---|
| S7.3.10 | CONTAINER 3.10 | X | X | | |
| S7.3.11 | CONTAINER 3.11 | X | | | |
| S7.3.13 | CONTAINER 3.13 | X | X | | |
| S7.3.14 | CONTAINER 3.14 | X | X | | |
| S7.3.15 | CONTAINER 3.15 | X | X | | |
| S7.3.16 | CONTAINER 3.16 | X | X | | |
| S7.3.17 | CONTAINER 3.17 | X | | | |
| S7.3.18 | CONTAINER 3.18 | X | | | |
| S7.3.19 | ICFS 3A | X | X | | |

## ELECTRICAL

| | | | | | |
|---|---|---|---|---|---|
| E0.1 | ELECTRICAL LEGEND, NOTES & SCHEDULES | X | X | X | |
| E0.2 | ELECTRICAL SPECIFICATIONS | X | X | X | |
| E0.3 | SINGLE LINE DIAGRAM AND DETAILS | X | X | X | |
| E0.5 | PANEL SCHEDULES I | X | X | X | |
| E0.6 | PANEL SCHEDULES II | X | X | X | |
| E0.7 | PANEL SCHEDULES III | X | X | X | |
| E0.8 | T-24 INDOOR LIGHTING - CONDITIONED AREAS I | | X | X | |
| E0.9 | T-24 - INDOOR LIGHTING - CONDITIONED AREAS II | | X | X | |
| E0.10 | T-24 - INDOOR LIGHTING - UNCONDITIONED AREAS I | | X | X | |
| E0.11 | T-24 - INDOOR LIGHTING - UNCONDITIONED AREAS II | | X | X | |
| E0.12 | T-24 - ELECTRICAL POWER DISTRIBUTION | | X | X | |
| E2.0 | FIRST FLOOR LIGHTING PLAN | X | X | X | |
| E2.1 | SECOND FLOOR LIGHTING PLAN | X | X | X | |
| E2.2 | THIRD FLOOR LIGHTING PLAN | X | X | X | |
| E3.0 | FIRST FLOOR POWER AND COMMUNICATIONS PLAN | X | X | X | |
| E3.1 | SECOND FLOOR POWER AND COMMUNICATIONS PLAN | X | X | X | |
| E3.2 | THIRD FLOOR POWER AND COMMUNICATIONS PLAN | X | X | X | |
| E3.3 | ROOF ELECTRICAL PLAN | X | X | X | |

## MECHANICAL

| | | | | | |
|---|---|---|---|---|---|
| M0.1 | MECHANICAL LEGEND, NOTES & EQUIP. SCHEDULE | X | X | | |
| M0.2 | MECHANICAL SCHEDULES | X | X | X | |
| M0.3 | MECHANICAL SPECIFICATIONS | X | X | X | |
| M0.4 | MECHANICAL T-24 FORMS | | X | X | |
| M0.5 | MECHANICAL T-24 FORMS | | X | X | |
| M0.6 | MECHANICAL T-24 FORMS | | X | X | |
| M0.7 | MECHANICAL T-24 FORMS | | X | X | |
| M0.8 | MECHANICAL T-24 FORMS | | X | X | |
| M0.9 | MECHANICAL T-24 FORMS | | X | X | |
| M0.10 | MECHANICAL T-24 FORMS | | X | X | |
| M2.0 | FIRST FLOOR MECHANICAL PLAN | X | X | X | |
| M2.1 | SECOND FLOOR MECHANICAL PLAN | X | X | X | |
| M2.2 | THIRD FLOOR MECHANICAL PLAN | X | X | X | |
| M2.3 | ROOF MECHANICAL PLAN | X | X | X | |
| M6.1 | MECHANICAL DETAILS | | X | X | |
| M6.2 | MECHANICAL DETAILS | | X | X | |
| M6.3 | MECHANICAL DETAILS | | X | X | |
| M9.1 | MECHANICAL CONTROLS | | X | X | |

## PLUMBING

| | | | | | |
|---|---|---|---|---|---|
| P0.1 | PLUMBING LEGEND, GENERAL NOTES & SCHEDULES | X | X | X | |
| P0.2 | PLUMBING SPECIFICATIONS & CALCULATIONS | X | X | X | |
| P0.3 | PLUMBING SPECIFICATIONS | X | X | X | |
| P2.0 | BELOW GRADE PLUMBING PLAN | X | X | X | |
| P2.1 | FIRST FLOOR - WASTE & VENT PLUMBING PLAN | X | X | X | |
| P2.2 | SECOND FLOOR - WASTE & VENT PLUMBING PLAN | X | X | X | |
| P2.3 | THIRD FLOOR - WASTE & VENT PLUMBING PLAN | X | X | X | |
| P2.4 | ROOF PLUMBING PLAN | X | X | X | |
| P3.1 | FIRST FLOOR - WATER PLUMBING PLAN | X | X | X | |

-50
Ex. 1

| | | | | | |
|---|---|---|---|---|---|
| P3.2 | SECOND FLOOR - WATER PLUMBING PLAN | X | X | X | |
| P3.3 | THIRD FLOOR - WATER PLUMBING PLAN | X | X | X | |
| P5.1 | STORM WATER RISER DIAGRAMS | | | X | |
| P6.1 | PLUMBING DETAILS - I | X | X | X | |
| P6.2 | PLUMBING DETAILS - II | X | X | X | |
| **AUDIO VISUAL** | | | | | |
| AV-1 | HOLA - AUDIO SYSTEM INFRASTRUCTURE | X | X | | |
| AV-2 | HOLA - AUDIO SYSTEM | X | X | | |
| AV-3 | HOLA - THEATRICAL LIGHTING SYSTEM INFRASTRUCTURE | | X | | |
| AV-4 | HOLA - THEATRICAL LIGHTING SYSTEM | X | X | | |
| AV-5 | HOLA - VIDEO SYSTEM INFRASTRUCTURE | X | X | | |
| AV-6 | HOLA - AV RACKS | X | X | | |
| AV-7 | HOLA - CONTROL ROOM MOCK-UP | | X | | |
| AV-8 | HOLA - LIGHT PLOT SECTION MASTER | X | X | | |
| AV-9 | HOLA - LIGHT PLOT FIXTURE MASTER | | X | | |
| AV-10 | HOLA - LOW VOLTAGE LOCATIONS | | X | | |
| AV-11 | HOLA - LIGHT PLOT SECTION MASTER - W/ ORCHESTRA SEATS | X | | | |
| AV-12 | HOLA - LIGHT PLOT FIXTURE MASTER | X | | | |

Project Manual:

VOLUME 1
Division 00
Division 01

VOLUME 2
Division 02
Division 03
Division 04
Division 05
Division 06
Division 07
Division 08
Division 09
Division 10
Division 11
Division 12
Division 13
Division 14
Division 31
Division 32

**EXHIBIT F**

**ONSITE SAFETY PLAN**

As a condition of this Agreement, SG BLOCKS will provide a detailed Safety Plan to CLIENT for review and acceptance prior to any material delivery or on-site construction activity within the contracted Scope of Work of SG BLOCKS.  The Safety Plan must comply with Cal OSHA safety standards.

-52
Ex. 1

**EXHIBIT G**

**INSURANCE REQUIREMENTS**

*Throughout the term of this Agreement, SG BLOCKS shall obtain, and maintain in full force and effect, the following policies of insurance on behalf of HOLA Community Partners (the ''QALICB''):*

Commercial General Liability insurance, insuring for third party claims of legal liability against the Contractor, and caused by bodily injury, property damage, personal injury or advertising injury, arising out of the activities of the contractor, and including the costs to defend such actions brought against the contractor. Completed Operations coverage shall also be included in the policy. The policy shall include an endorsement(s) adding as Additional                                                                                                           Insured:

- The QALICB (using form CG 2026 or equivalent)
- U.S. Bancorp Community Development Corporation (using form CG 2026 or equivalent)
- Twain Investment Fund 209, LLC (using form CG 2026 or equivalent)
- New Markets Community Capital XXI, LLC (using form CG 2026 or equivalent)

Limits of the policy shall be at least $1 million per occurrence and $2 million in the general aggregate.

Umbrella/Excess Liability insurance, with the Commercial General Liability, Automobile Liability and Employers Liability polices scheduled as underlying policies. Limits of the policy shall be at least $2 million per occurrence and in the annual aggregate. All entities added as Additional Insureds to the Commercial General Liability shall also be Additional Insureds under the Excess/Umbrella Liability policy.

All insurance policies shall be underwritten by companies licensed to write such insurance in the state in which the Project is located, and shall be rated in the latest A.M. Best's Insurance Rating Guide with a rating of at least A-, and be in a financial category of at least IX.

All such policies shall include endorsements requiring at least 30 days' prior written notice to US Bancorp Community Development Corporation of any cancellation, termination or reduction of coverage therein. Notice to US Bancorp Community Development Corporation of any replacement of any policy shall be made at least 10 days prior to such replacement, and shall be in the form of a copy of the replacement policy, or by certificate, as noted above.

Evidence of insurance above may be provided on a Certificate of Insurance issued to the QALICB and US Bancorp Community Development Corporation. All Certificates shall be amended in the Cancellation provision by deleting the words "endeavor to" and "but failure to mail such notice shall impose no obligation or liability of any kind upon the company, its agents or representatives."

EXHIBIT H

SCOPE OF WORK

Description: Scope of work performed by SG BLOCKS includes, but not limited to the following, which shall meet all code requirements and obtain a final Certificate of Occupancy Permit.

General Conditions
Building structure – floors, walls and roofs (includes Ensemble Room)
Blocking for casework
Casework
Insulation
Roofing
Sheet metal flashing
Caulking and sealants
Roof hatch and ladder
Doors and hardware
Windows
Exterior stucco
Interior wall finishes
Ceiling grid and tile
Flooring (sheet vinyl)
Painting – doors and frames
Painting – hollow metal window frames
Painting – exterior stucco
Restroom accessories
Toilet partitions
Smart boards backing, conduit and j-boxes
Signage backing
Code signage within building footprint
Elevator and stairways
Fire extinguishers and cabinets
HVAC system
HVAC system commissioning
HVAC microprocessor controls
EMS systems
Splash blocks
Plumbing area drains within building footprint
Plumbing final connections to stub ups by site contractor
Plumbing – rough within building
Plumbing – supply and set finish
Roof drainage
Second floor corridor drainage
Electrical power within buildings
Horizontal cabling
Interior lights
Exit lights

D-2067583.3                                          30

-54
Ex. 1

Electrical main distribution, transformers and switchgear
Exterior lights at doors
Low voltage conduit, j-boxes and pull strings
Low voltage lighting controls
Fire Alarm system and cabinets
Audio, visual, communications, data, TV, security, access control, F/A conduit, j-boxes and pull strings
Building grounding
Fire sprinkler system
Grille vents
Ramps, landings and stairs within building footprint
Standard handrails within building footprint and bridge railings
Final cleaning
All work within building envelope
OFCI materials, equipment and accessories
Deliver and install modules
Modular building design and engineering
Sales tax
Building Architecture, Structural, Mechanical, Electrical Engineering
State and local approvals / permits
Foundation design
Methane System sealing of floor penetrations at crawl space

**Specialty Contractor**
Deliver units to site and/or staging area.
Inspect Units for damage in transport and repair/replace as necessary.
Transport modules from staging area and/or site to pick location for setting.
Secure Units to prevent theft & vandalism
Supply & Install Factory & Site sprinkler systems and make final connection at site/building POC.
Test Sprinkler system before covering crossovers
Install Ensemble room bi-fold Schweiss door
Install Green roof irrigation and make final connection at site/building irrigation POC.
Install Green roof edging, base and planting modules
Install elevator mechanicals and lift unit
Methane system seals for thru floor penetrations.
Final building keying.
Temporary restroom, water, heating and ventilation.
Temporary power distribution to work area from Site Contractor temp power source.  Temp power source provided by the Site Contractor is NOT sized for building                                                                                                    welding.
Temp power for welding.
Debris storage and removal.
Finish cleaning.
Exterior cleanup to the extent of SGB work.

**Crane and Set**

Verify foundation is square, level, and to the proper elevation

Specify & provide crane & rigging  that is adequate for lifting and setting modules – provide Site Contractor a copy of the lift plan and coordinate with Site Contractor.

Verify structural connections meets plans and specs

Supply all tools and labor for erection/set up

Supply come along and anchors for set process


Crane Installation and Set of Factory Built Modular Units

Make leveling adjustments as needed while stacking units


Set elevator shaft walls (1 additional pre-fabricated wall to be set amongst three container ends)


Align modules & make structural connections

Protection of wire, pipes ducts etc during craning and set

Responsible for repairs to any work installed by others and for any site damage resulting from own work.

Unfold, attach and seal temp flashings water/vapor barriers between modules


Weather in container units - temporary EPDM coverage, provided by modular fabricator as necessary.

Crane and set interconnected structural steel fabricated members for corridor, roof, walkways, etc.

Set and erect factory fabricated parapet members at perimeter of roof

Build curb and set steel framing for HVAC units and ducts



Stack carriers for return to factory

Return tarps to factory

Flash/cover exterior interconnection points - vertical and horizontal seams; flashing from vertical to horizontal connections (Material prefabricated in modular factory)

Flashings at modular to foundation.

Filling of gap between modular sill C rail and foundation.

Install gutters and downspouts, material provided, at select areas of building and make final connection at site/building storm drain POC.


Set Ensemble Room Wall Panels; Bolt and Connect – provide and install base plates for brace frames.

Set Ensemble room roof trusses

Crane and set modular rooms (non-container based modules)

Set factory fabricated structural steel members for corridor and structural wall framing at Ensemble Room.

Set factory supplied and fabricated metal decking for corridor walkways

D-2067583.3                                    32

-56
Ex. 1

Install 3" composite deck on roof.

**Welding & Ironwork**
Pre-fabrication - welding of blind connection plates on containers on ground
Placement of Reinforcing Steel, Anchors and Dowels Cast in Concrete (ONLY IN SITE-BUILT CORRIDOR/STAIR AREA)
Welding and connection of first story Factory Built Modular Units to Foundation piers
All welding and structural connections between stacked Factory Built Modular Units
All welding of site built items, including pedestrian bridge, stairs, ramps, railings, bridge railings, rooftop railing and walkways
Elevator Shaft Rail Welding - 6x8 HSS and shims on each side of shaft walls

Install staircases

Install handrails

Welding of base containers to foundation points and furnish/install plates at foundation.  Furnish base plates embedded in top of concrete footings for site contractor install.

Welding and bolting of connection points - vertical and horizontal - between containers
Furnish and install base plates attached to brace frames.
Provide and install vertical connection plates that do not embed in foundations (detail 12/S2.1)

**Concrete**
Concrete formwork and on-site pours (ONLY IN SITE-BUILT CORRIDOR/STAIR AREA)
Set rebar in corridor walkways before pouring concrete

Pour concrete on elevated walkways of corridor

Fill and finish stair pans on corridor steps to be erected
Concrete on metal deck for the pedestrian bridge.

**Plumbing**
Below grade Waste and Water Supply connections to building (by Others); Connection from modules to stub ups
Connect waste and water supply lines between Factory Built Modular Units at access panel locations on walls, ceilings or floors, as prepared by modular factory.

Pressure test all waste and supply lines

Balance and test all fixtures/faucets for scald/temperature

Testing of cross over connections prior to cover

Check all threaded connections for leaks prior to water test

Check & tighten shut off valves prior to water test

Pressure check completed water supply system

-57
Ex. 1

Pressure check factory built portion of water supply system

Column test completed DWV system

Column test factory built portion of DWV system

Flush water system in modules prior to connection to service

Install faucet aerators after system flush

Take waste vent pipes through roof & properly boot & seal

Install water pressure regulators to match manufacturers plans

Install exterior silcocks and/or faucets per plans

Chlorination of complete water system.(SG Blocks was not assuming this was a requirement of the project. If this is a requirement as part of LADBS permit requirements, it will be completed. If this is a requirement by a non-jurisdictional entity (i.e. bank, board requirements, etc.) this will be considered an additional service.)

Pressure test full system.

Final POC connections – coordinate with Site Contractor.


**HVAC**

Interconnection between modular units of factory-installed ductwork in shafts and access panels, as prepared at modular factory.

Interior HVAC duct trim out (where necessary)

Remove shipping protections from grilles

Extend exhaust line from Data Room through exterior (if not completed within factory)

Extend bathroom exhaust line through exterior (if not completed within factory)


HVAC units set and mounted onto rooftop steel points

HVAC units insulated trunk lines and electrical connections (provided) installed

Install condensing units, pad, line set, connect thermostat wire, connect duct on rooftops

Install condensate lines


Test and balance system

Duct testing required on-site for title 24 by HERS approved rater

Inspection of ductwork of site-built "Ensemble Room"

Inspection of installation of rooftop units

Install copper freon lines from mini-split condensing units on roof to indoor wall mounted units.


**Electrical**

Connect Container Branch Panels into Main Building Service transformer (to be installed by General Contractor/Others).

Main switch gear for the building.(A main "House Panel" is provided for the modular building units, and which will be wall mounted with a nipple for the Main Building Service to connect into. We are assuming "House Panel" and "Main

switch gear" are the same item.  As is standard, it is assumed that the Site GC or Utility company will make the final connection to the grid to power the system.)

The main house panel shall be sized sufficiently to additional power supply necessary for site storm drain and sewer pump systems and control panels.

The main house panel shall include a meter section.

Phone, cable TV, AV, security, data, WIFI and intercom infrastructure in the building.(Only high voltage wiring will be provided. Low-voltage, data, communication and other wire is not to be provided. Conduit and rough-in junction boxes will be provided, but not the wire - aside from high voltage.)

Conduits, electrical panels and lighting control panels sized to include for site lighting.  Electrical panels shall be sized sufficiently to provide power to the storm drain and sewer pump systems and controllers.

Interconnection of individual electrical from each Factory Built Modular unit junction box to specified Branch Panel (Wires and Junction boxes to be clearly marked with individual Circuit numbers) via site-installed conduit.

Rough-in and finished wiring for Ensemble Room and Corridor

Rooftop wiring and electrical connections, bonding and grounding of HVAC units

Connect module circuits to subpanel/specified Branch panels - in conduit via factory-provided and set junction boxes

Wire and install corridor lighting

Finish conduit and Phone, cable TV, AV, Intercom wiring between boxes and to main

Test electrical system prior to final close up


**Finish/Carpentry**

Install flooring overlays at modular connection points

Interior flashing/covers installed on ceiling seams between containers.

Repair floor where access panels were required

Access panels installed within container units over electrical and plumbing connections

Complete base & door trim at mate lines, in open/joined container rooms

Installation of All Items Marked "Shipped Loose, Installed On-Site" (Doorknobs, Drawer pulls, etc.)

Adjust doors and latches, as necessary.


Install & Seam carpets

Install Toe kicks as needed after flooring install

Install Door stops

Counter Top Installation


**Drywall & Paint**

Adjust mate line openings, strap, and shim

Drywall close up on mate line openings

Repair ceiling where access panels were required

Repair wall where access panels were required

D-2067583.3                               35

-59
Ex. 1

Repair drywall cracks and other minor imperfections caused by set & transport

Finish Painting at close up and any required touch up

Interior drywall installation over mate line connections and in site-built areas, where needed.

Interior drywall tape, compound and finish

Prime and paint drywall areas

Walls & Ceiling paint other than areas left unpainted for module install

Exterior building paint

Exterior dryvit/elastomeric plaster system

Exterior Architectural finishes

D-2067583.3                                   36

-60

Ex. 1